UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

The CITY OF NEW YORK, by and through the FDNY,
and the FDNY FOUNDATION, INC.,

                               Plaintiffs,

v.-

JUAN HENRIQUEZ and MEDICAL SPECIAL
OPERATIONS COMMUNITY, INC.,

                               Defendants.

------------------------------------------------------------------X

Civil Action No.

**22-cv-03190-KAM-PK**

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT
### MEDICAL SPECIAL OPERATIONS COMMUNITY, INC.

    WHEREAS, Defendant Medical Special Operations Community, Inc., acting through its counsel of record, waived service of a Summons and filed a pre-motion letter stating that it intended to move to dismiss this action for lack of personal jurisdiction over it; and

    WHEREAS, Defendant Medical Special Operations Community, Inc., through its counsel of record, has represented that it is not asserting ownership rights in the words MEDICAL SPECIAL OPERATIONS CONFERENCE and the acronym MSOC as a trademark or service mark for any goods or services (the "MSOC MARKS"); and

    WHEREAS, Defendant Medical Special Operations Community, Inc., through its counsel of record, has further represented that there is no written agreement between Defendant Juan Henriquez and Defendant Medical Special Operations Community, Inc. concerning the use of or licensing rights to the MSOC MARKS, nor is there any oral understanding that Medical Special Operations, Inc. is an exclusive licensee of said marks; and

WHEREAS, Defendant Medical Special Operations Inc. has not served either an answer or a motion for summary judgment herein;

NOW, THEREFORE, acting in reliance on the aforesaid representations, notice is hereby given that Plaintiffs, the CITY OF NEW YORK, by and through the FDNY, and the FDNY FOUNDATION, INC., do hereby voluntarily dismiss this action as against Defendant Medical Special Operations, Inc. without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

Dated: New York, New York
November 2, 2022

*Kiyo A. Matsumoto, USDJ*
11.2.2022

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
   City of New York
*Attorney for Plaintiffs*
100 Church Street, Room 20-093
New York, New York 10007
tel:   (212) 356-2036
fax:   (212)356-2038
cell:   (917) 734-7906; (646) 830-1066
gsinglet@law.nyc.gov

By: *Gerald E. Singleton*
Gerald E. Singleton