UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

The CITY OF NEW YORK, by and through the FDNY,
and the FDNY FOUNDATION, INC.,

        Plaintiffs,      Civil Action No.

  v.-                **22-cv-03190-KAM-PK**

JUAN HENRIQUEZ and MEDICAL SPECIAL
OPERATIONS COMMUNITY, INC.,

        Defendants.

-------------------------------------------------------------------- X

  **PLEASE TAKE NOTICE** that Plaintiffs, the CITY OF NEW YORK, by and through the FDNY, and the FDNY FOUNDATION, INC., do hereby voluntarily dismiss this action as against Defendant Medical Special Operations, Inc. without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

Dated:  New York, New York
     November 7, 2022

                HON. SYLVIA O. HINDS-RADIX
                Corporation Counsel of the
                  City of New York
                *Attorney for Plaintiffs*
                100 Church Street, Room 20-093
                New York, New York 10007
                tel: (212) 356-2036
                fax: (212)356-2038
                cell: (917) 734-7906; (646) 830-1066
                gsinglet@law.nyc.gov

              By: _____
                 Gerald E. Singleton