UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

The CITY OF NEW YORK, by and through the FDNY,
and the FDNY FOUNDATION, INC.,

                            Plaintiffs,                   Civil Action No.

            v.-                                          **22-cv-03190-KAM-PK**

JUAN HENRIQUEZ and MEDICAL SPECIAL
OPERATIONS COMMUNITY, INC.,

                           Defendants.

------------------------------------------------------------------ X

       **PLEASE TAKE NOTICE** that Plaintiffs, the CITY OF NEW YORK, by and through the FDNY, and the FDNY FOUNDATION, INC., do hereby voluntarily dismiss this action as against Defendant Medical Special Operations, Inc. without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

Dated:       New York, New York
                November 7, 2022

*Kiyo A. Matsumoto*
So Ordered November 11, 2022.

                                                 HON. SYLVIA O. HINDS-RADIX
                                                 Corporation Counsel of the
                                                     City of New York
                                                 *Attorney for Plaintiffs*
                                                 100 Church Street, Room 20-093
                                               New York, New York 10007
                                               tel:    (212) 356-2036
                                               fax:   (212)356-2038
                                               cell:   (917) 734-7906; (646) 830-1066
                                               gsinglet@law.nyc.gov

                                               By: _____
                                                     Gerald E. Singleton