# EXHIBIT 3

**From:** Henriquez, Juan (FDNY)
**To:** Archer, Moira (FDNY)
**Subject:** Re: MSOC Inquiry
**Date:** Monday, January 21, 2019 3:52:59 PM

Good afternoon Ms. Archer:

Thank you for your letter. I appreciate your efforts and confirm that I am not seeking debate on this matter. However, to clarify, the original licensed material in question, the MSOC logo, actually does not include the FDNY logo. The "FDNY" was an add-on to the logo solely for the purpose of identifying the upcoming events location and later added the Rescue School for this year. The flyer layout and images, along with the titles of topics were created by me.

Additionally, the term MSOC is not an FDNY term, rather it belongs to the Medical Special Operations Community Organization, which I personally received permission from to use this term.

Some of the members delivering the courses are members of the medical special operations community organization, and had agreed to deliver the courses under the initial agreement.

I would appreciate the opportunity to discuss this with you further, to ensure we reach agreement on this matter.

Please know that I don't want to cause any disruption, I am just looking to protect my personal career within the FDNY since I feel that my reputation and integrity are being questioned.

As an aside, although I'm sure it was not intentional, you included my personal information in an email to parties other than me. I would appreciate if you do not include my personal information in future communications where others are copied.

Thank you,
Juan


Sent from my iPhone

On Jan 18, 2019, at 3:04 PM, Archer, Moira (FDNY) <Moira.Archer@fdny.nyc.gov> wrote:

> Paramedic Henriquez:
>
> Please see the attached response to your January 14, 2019 email (reproduced below).
>
> A copy of the attached response has also been mailed to you.
>
> Regards-
>
> Moira Archer
> Deputy Director of Contracts, Agreements
> and Licensing

New York City Fire Department
9 MetroTech Center, 4W-7
Brooklyn, NY 11201-3857
tel. (718) 999-2035
fax (718) 999-2235
Moira.Archer@fdny.nyc.gov

**From:** "Henriquez, Juan (FDNY)" <Juan.Henriquez@fdny.nyc.gov>
**Date:** January 14, 2019 at 10:33:44 AM EST
**To:** "Isaacs, Doug (FDNY)" <Doug.Isaacs@fdny.nyc.gov>
**Cc:** "Wipper, Susan (FDNY)" <Susan.Wipper@fdny.nyc.gov>, "Malvasio, Joseph (FDNY)" <Joseph.Malvasio@fdny.nyc.gov>, "O'Shea, Jean (FDNY)" <Jean.OShea@fdny.nyc.gov>, "Lesner, Hugh (FDNY)" <Hugh.Lesner@fdny.nyc.gov>
**Subject: MSOC 2019**

Dr. Isaacs,

Hope you had a happy and healthy new year. I'm reaching out regarding MSOC. I was recently made aware of a rumor that there are legal concerns about my work on this project. At this time, no one has reached out to me directly to verify this, and it is not clear what the specific issue or concern is. However, I don't think it would be appropriate for any of the licensed materials to be used or shared publicly until I receive clarification.

Until this can be cleared up, I am requesting to please unpublish any references to the MSOC artwork / patches, MSOC, and MSOCC branding.

I apologize for any inconvenience.

Regards,

Juan Henriquez

Sent from my iPhone


<Letter to Paramedic J. Henriquez (1.18.19).pdf>