**EXHIBIT 4**



**FIRE DEPARTMENT**
9 METROTECH CENTER  BROOKLYN, N.Y. 11201-3857

BUREAU OF LEGAL AFFAIRS

January 18, 2019

Paramedic Juan Henriquez
37 Sunfish Lane
Chester, NY 10918

Re:   MSOC Name and Design

Dear Paramedic Henriquez:

I was asked to assist in answering a question you raised in your January 14, 2019 email to Dr. Doug Isaacs. You indicate in your email that the term "Medical Special Operations Conference" or "MSOC" (hereinafter referred to as "MSOC Name") and the current circular design for the Medical Special Operations Conference ("MSOC Design") (copy attached) should not be used or published until you receive clarification on ownership of these items.

Please note that the MSOC Design includes the logo "FDNY", which is a federally registered trademark owned by the City of New York ("City").

Please allow this letter to clarify that the Medical Special Operations Conference is an event produced by the Fire Department in conjunction with the FDNY Foundation. Your involvement with the official conference produced by the Fire Department and FDNY Foundation occurred in your capacity as a Fire Department employee carrying out your Fire Department responsibilities. You do not own the MSOC Name nor the attached MSOC Design. The City, by and through the Fire Department, asserts its right, title and interest in the MSOC Name and MSOC Design and is free to use them as it deems appropriate.

Notwithstanding the above, the Fire Department wishes to avoid protracted debate on this issue and has, therefore, elected to proceed with using another MSOC design for this year's conference. The Fire Department reserves the right to use the MSOC Design for future conferences and other purposes.

Please be advised that you are not authorized to use the MSOC Design and /or MSOC Name except in connection with your Fire Department responsibilities. Further, you are not authorized to use "FDNY" or any other Fire Department logo, insignia, or trademark, in any design work outside your official Fire Department responsibilities.

Thank you for your attention to this matter.

Yours truly,

*Moira Archer*
Moira Archer
Deputy Director of Contracts, Agreements
and Licensing

