**EXHIBIT 1**

----- Original Message -----
From: [redacted]
Sent: Monday, July 09, 2012 10:40 PM
To: [redacted]
Subject: Some ideas of what's out there

The following are a small example of what exists out there in regards to special operations user medical conferences/ discussions outside of the usual med-spec classes, working group meetings and redundant literature.

http://www.[illegible]

http://[illegible]2011/[illegible]

http://www.[illegible]

As you can see there isn't much in the form of symposium or social focused conference. The materials and resources are definitely there.

I think some of the major topics should be:
Medical asset/resource management during a disaster/terrorist event using ICS/emergency response protocols
(Louie cook would be great for this. He has a masters degree on this specific subject and the background)

Roles and functionality of special operations medical disaster teams (description of the different roles and responsibilities of all sizes within the group. Medical TFL, physicians, medics, logistics etc)

The current state of medical response within the user system (international-> national-> state-> local)

Discussion of different equipment with breakout session.

How to Budget and write grants to help support medical group operations.

Pre-screened participants participate in user medical scenario/simulation

Round table/open forum with several actual members of the FEMA and FDNY task forces (questions from the audience)

Lessons learned from past missions and local major events

I have several other ideas, but I'll
Just keep going on forever. I'm really excited about this and I'm willing to contribute any resources that I have. I think it's a great project and really want to thank you for letting me be part of it.

also do a search for the yahoo Susan group. If I copy the link it will ask you to log in, but you can find some of their material on some unsecured links.

Thank you,

Juan H.

Confidentiality Notice:
This message may contain information that is
confidential or privileged.

If you are not the intended recipient,
Please advise the sender immediately and delete this message