**EXHIBIT 5**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No 0651-0050 (Exp 09/20/2020)

# Response to Office Action

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88693056 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **MARK SECTION** | |
| **MARK** | mark |
| **LITERAL ELEMENT** | MEDICAL SPECIAL OPERATIONS CONFERENCE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DISCLAIMER** | No claim is made to the exclusive right to use "CONFERENCE" apart from the mark as shown. |
| **SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use** | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | HENRIQUEZ, JUAN |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | john@jhenmedia.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | notifications@trademarkengine.com |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Henriquez, Juan |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | john@jhenmedia.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | oberokt@outlook.com |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Juan Henriquez/ |
| **SIGNATORY'S NAME** | Juan Henriquez |
| **SIGNATORY'S POSITION** | Owner |
| **DATE SIGNED** | 04/20/2020 |
| **RESPONSE SIGNATURE** | /Juan Henriquez/ |
| **SIGNATORY'S NAME** | Juan Henriquez |
| **SIGNATORY'S POSITION** | Owner |
| **DATE SIGNED** | 04/20/2020 |

| AUTHORIZED SIGNATORY | YES |
|---|---|
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Apr 20 22:29:45 ET 2020 |
| TEAS STAMP | USPTO/ROA-XXX.XXX.X.X-202<br>00420222945044370-8869305<br>6-710cdb6fc8c838bc9b648f2<br>57c888ee4c15a0a6b9216fc0e<br>3d245bd3fa01b2364b7-N/A-N<br>/A-20200420222717180044 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OVB No. 0651-0050 (Exp 09/20/2020)

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **88693056** MEDICAL SPECIAL OPERATIONS CONFERENCE(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88693056/large) has been amended as follows:

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use "CONFERENCE" apart from the mark as shown.

**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.

**Correspondence Information (current):**
  HENRIQUEZ, JUAN
  PRIMARY EMAIL FOR CORRESPONDENCE: john@jhenmedia.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): notifications@trademarkenginc.com

**Correspondence Information (proposed):**
  Henriquez, Juan
  PRIMARY EMAIL FOR CORRESPONDENCE: john@jhenmedia.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): oberokt@outlook.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Declaration Signature**

**DECLARATION:** The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU:** If the applicant filed an unsigned application under 15 U.S.C.

§1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

## STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a)
**COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

Signature: /Juan Henriquez/   Date: 04/20/2020
Signatory's Name: Juan Henriquez
Signatory's Position: Owner

**Response Signature**
Signature: /Juan Henriquez/   Date: 04/20/2020
Signatory's Name: Juan Henriquez
Signatory's Position: Owner

The signatory has confirmed that he/she is not represented by an authorized attorney, and that he/she is either: (1) the owner/holder; or (2) a person or persons with legal authority to bind the owner/holder; and if he/she had previously been represented by an attorney in this matter, either he/she revoked their power of attorney by filing a signed revocation with the USPTO or the USPTO has granted this attorney's withdrawal request.

Mailing Address:   HENRIQUEZ, JUAN

 1647 EAST 55TH STREET
 BROOKLYN, New York 11234
Mailing Address:   Henriquez, Juan
 1647 East 55th Street
 Brooklyn, New York 11234

Serial Number: 88693056
Internet Transmission Date: Mon Apr 20 22:29:45 ET 2020
TEAS Stamp: USPTO/ROA-XXX.XXX.X.X-202004202229450443
70-88693056-710cdb6fc8c838bc9b648f257c88
8ee4c15a0a6b9216fc0e3d245bd3fa01b2364b7-
N/A-N/A-20200420222717180044