# Exhibit 2

Foundation Conference Website

Part 1 – April 21, 2025 Version



My Pro Account | Login

Streaming Now | Podcast | Magazines | Books | Events | Insider | FDNY Foundation | FDNY Shop

FDNY Smart

$0.00    SUBSCRIBE

# FDNY SEARCH & RESCUE FIELD MEDICINE SYMPOSIUM



## 12th Annual FDNY Search & Rescue Field Medicine Symposium

### April 24 - 27, 2025

The FDNY and the FDNY Foundation are proud to invite all first responders to the 12th Annual FDNY Search & Rescue Field Medicine Symposium (SRFM). Each year, the FDNY SRFM Symposium brings together military, federal, state, and local medical responders to share their experiences and best practices. FDNY SRFM Symposium includes discussions on current hot topics, updates on the latest medical technology, and recent case studies from around the world. The FDNY SRFM Symposium takes place over four days with workshops, lectures, panel discussions, hands-on skills scenarios, and a vendor showcase with the latest equipment and products.

| Register for 2025 FDNY SRFM | Attendee Information (PDF) | 2025 FDNY SRFM Flyer (PDF) | View the 2024 SRFM Showcase | 2025 FDNY SRFM Faculty |

### 4 Day Package ($450)
Two-day course or two pre-symposium workshops
WTC Ceremony
Welcome reception
Symposium

### 3 Day Package ($350)
One pre-symposium workshop on April 24 or 25
WTC Ceremony
Welcome reception
Symposium

### 2 Day Package ($200)
Symposium

Privacy - Terms

## SCHEDULE OF EVENTS

April 24 – 25, 2025
Pre-Symposium Activities

2-Day Courses
Difficult Airway
Advanced K-9 Veterinary Care
NAEMT TECC: Hands-On Active Threat Scenario

One Day Workshops
*April 24, 2025*
Bioskills: Critical Life-Saving Procedures
Bite Me! Bites, Stings and Envenomations at the Bronx Zoo
Immersive Aerial Search, Triage and Medical Delivery Using Unmanned Aerial Vehicles
Tabletop Exercises and MCI Preparation in Schools, Hospitals,
and EMS Using AI and Other Simulation Tools

*April 25, 2025*
The A, B, C's of Field Blood Transfusion Utilizing Whole Blood
Point-of-Care Ultrasound in Medical Special Operations
Advanced Field Burn Care at the William Randolf Hearst Burn Center at Weil Cornell
Extended Medical Care for Rural Search and Rescue Personnel

Symposium
April 26 – April 27, 2025
Keynote: Rescue is a Patient-Driven Activity
Türkiye and Syria Earthquakes: Personal Lessons from Complex Rescues
US&R Medical Roles in Earthquake Response: Beyond the Hurricane Deployment
Mass Confusion: How Do We Simplify Mass Casualty Response?
Medicine's Roles and Challenges in 21st Century Warfare
From Combat to Care: Medical Applications of Military Drones
Challenging Return to Play Decisions: Exertional Heat Stroke, Rhabdomyolysis and
Exercise Collapse Associated with Sickle Cell Trait
Enhanced Medical Monitoring: Roles of Wearables in Medical Special Operations
Emergency Intubation in the Physiologically Unstable Patient
Impalements: Balancing Patient Care and Removal
Managing Critically Ill Pediatric Patients in Resource Constrained Environments
A Big Bloody Mess: Field Blood Transfusion Management in MCIs

*Afternoon Lectures*
Lithium Ion Batteries and Emergency Response
Maximizing Technical Information Systems in US&R
Hospital Under Siege: Managing Overwhelming Casualty Surges
Leveraging AI and Technology in Disaster Preparedness

*Hands-On Scenarios*
Confined Space and Collapse Rubble Pile
Care in the Air
Emergency Response for Terrorism Threats
Virtual Reality Simulations

For **general information**, please call 718-999-2507 or email srfm@fdnypro.org. Want to **exhibit** at FDNY SRFM? Please call (718) 999-0383.

## HOST HOTEL

To book your reservation at the **Hilton Garden Inn Central Park South**, please click HERE or call (212) 253-6000.

To book your reservation at the **Millennium Downtown**, please click HERE or call (212) 693-2001. Attendees must ask for the group rate for FDNY Foundation – Group Block 2025. **SOLD OUT**

---

| PRE-CONFERENCE: (4/24 - 4/25) | CONFERENCE LECTURES (4/26 - 4/27) | AFTERNOON TRACK |

### 1-DAY WORKSHOPS:

### Bioskills: Critical Life-Saving Procedures (4/24)

- Learn the critical decision-making process and procedure for field limb amputations delivered by NYC's leading trauma surgeons

- Review other critical procedural skills such as surgical airway, finger thoracostomy, thoracotomy, lateral canthotomy, peri-mortem c-section
- Participate in a critical procedural skills practical lab

Bite Me! Bites, Stings and Envenomation at the Bronx Zoo (4/24)

- This workshop takes place at the Bronx Zoo, the largest metropolitan zoo in the U.S.
- Learn from world-renowned experts on the assessment and management of commonly encountered insects, spiders and snake bites, including a demonstration of administering antivenom for snake bites
- Participate in a guided tour of the Bronx Zoo's "World of Reptiles" and exhibits of other things that bite

Immersive Aerial Search, Triage and Medical Delivery Using Unmanned Aerial Vehicles (4/24)

- Understand effective search methods and strategies employed in aerial search and rescue operations
- Acquire skills in aerial triage that ensure efficient prioritization of medical assistance using the aerial remote triage system
- Master the techniques of medical package delivery via drones for prompt and effective response in critical situations

Tabletop Exercises and MCI Preparation in Schools, Hospitals and EMS Using AI and Other Simulation Tools (4/24)

- Analyze the specific vulnerabilities of schools, hospitals, and EMS systems to various MCI threats, including active shooters, mass casualty influxes, severe weather events, and cyberattacks
- Design and facilitate engaging tabletop exercises (TTXs) that realistically simulate MCIs and promote critical thinking and problem-solving among participants.
- Utilize AI-powered simulation tools to enhance MCI preparedness and response capabilities
- Develop and implement effective communication strategies and protocols for coordinating interagency response across EMS, hospitals, and other key stakeholders during MCIs
- Apply triage principles, resource allocation strategies, and incident command system best practices to optimize patient care and minimize casualties in MCI scenarios

The ABCs of Field Blood Transfusion Utilizing Whole Blood (4/25)

- This workshop is taught by experienced military and civilian subject matter experts in field blood transfusion
- Examine the strategic stakeholders and steps required to establish a prehospital blood transfusion program
- Discuss established standard operations procedures, protocols and guidelines
- Review examples of successful national civilian programs
- Demonstrate and provide hands-on experience through realistic scenarios utilizing high fidelity manikins

Point-of-Care Ultrasound in Medical Special Operations (4/25)

- Learn from some of NYC's leading emergency medicine ultrasound faculty
- Use the latest portable devices and learn the fundamentals of point-of-care ultrasound and its application in the austere environment
- Participate in ultrasound applications with realistic scenarios

Advanced Field Burn Care at the William Randolph Hearst Burn Center at Weill Cornell (4/25)

- Learn from experts at the nationally renowned William Randolph Hearst Burn Center at Weill Cornell
- Review the priorities of evaluating and managing a severely burned patient with limited resources including but not limited to triaging and prioritizing the management of burned patients, airway management and ventilation support, fluid resuscitation strategies, effective pain management, and best wound care practices

Extended Medical Care for Rural Search and Rescue (SAR) Personnel (4/25)

- Understand and apply principles of prolonged care in resource limited environments
- Recognize and manage common medical and trauma emergencies encountered in prolonged care environments

- Perform hands-on practical skills for patient assessment, treatment, and stabilization with limited resources
- Develop strategies for patient care and transport when evacuation is delayed
- Participate in scenario-based training simulating SAR missions in remote areas

2-DAY COURSES (4/24 – 4/25):

Difficult Airway Course

- Course taught by expert faculty
- Discuss rapid sequence intubation (RSI) and pharmacology
- Learn advanced topics on the assessment and management of difficult airways
- Learn an extensive range of airway management techniques and equipment
- Engage in challenging integrative case discussions and scenarios
- Certification provided with completion of the course

Advanced K-9 Veterinary Care Course

- Course taught by nationally recognized veterinarians in partnership with the Animal Medical Center, the world's largest veterinary teaching hospital
- Learn to provide medical care for our four-legged Task Force members! The course includes both basic and advanced assessment, management, and procedures
- Features live tissue and simulated hands-on experience
- Certification provided with completion of the course

NAEMT TECC: Hands-On Active Threat Scenario

- NAEMT certification course on Tactical Emergency Casualty Care (TECC) taught by members of FDNY and NYPD
- Review best practice treatment guidelines for trauma care in the high-threat prehospital environment
- Participate in realistic simulated hands-on scenarios

Frequently asked questions (click + to view)

| + | Registration |
| + | Limited Seating |
| + | Pre-Conference Activities |
| + | Conference Badge |
| + | Food |
| + | Hotel Cancellation Policy |
| + | Arriving by Air |
| + | Transportation |



+ Continuing Education Units (CEU) and Continuing Medical Education (CME)

02 days : 17 hours : 50 minutes : 42 seconds

SRFM is not a Medical Special Operations Conference (MSOC) sanctioned event. Any references to MSOC on this or any other FDNY or Foundation website or social media account are purely historical in nature.

## ABOUT US

The FDNY Foundation is the official non-profit organization of the New York City Fire Department. Your support directly assists the men and women of the FDNY To Better Protect New York through a number of key initiatives. When you make a donation or purchase here, you are making New York City safer.

## CONNECT WITH US

Shop

Pro

## NEWSLETTER SIGN-UP

Submit

© FDNY Foundation. All Rights Reserved.

FDNYFoundation | FDNYShop | FDNYSmart

# Foundation Conference Website

# Part 2 – April 23, 2025 Version

My Pro Account | Login



Streaming Now | Podcast | Magazines | Books | Events | Insider | FDNY Foundation | FDNY Shop

FDNY Smart

⓿ $0.00    SUBSCRIBE

# FDNY SEARCH & RESCUE FIELD MEDICINE SYMPOSIUM



## 12th Annual FDNY Search & Rescue Field Medicine Symposium

### April 24 - 27, 2025

The FDNY and the FDNY Foundation are proud to invite all first responders to the 12th Annual FDNY Search & Rescue Field Medicine Symposium (SRFM). Each year, the FDNY SRFM Symposium brings together military, federal, state, and local medical responders to share their experiences and best practices. FDNY SRFM Symposium includes discussions on current hot topics, updates on the latest medical technology, and recent case studies from around the world. The FDNY SRFM Symposium takes place over four days with workshops, lectures, panel discussions, hands-on skills scenarios, and a vendor showcase with the latest equipment and products.

| Register for 2025 FDNY SRFM | Attendee Information (PDF) | 2025 FDNY SRFM Flyer (PDF) | View the 2024 SRFM Showcase | 2025 FDNY SRFM Faculty |

### 4 Day Package ($450)
Two-day course or two pre-symposium workshops
WTC Ceremony
Welcome reception
Symposium

### 3 Day Package ($350)
One pre-symposium workshop on April 24 or 25
WTC Ceremony
Welcome reception
Symposium

### 2 Day Package ($200)
Symposium

Privacy - Terms

## SCHEDULE OF EVENTS

April 24 – 25, 2025
Pre-Symposium Activities

2-Day Courses
Difficult Airway
Advanced K-9 Veterinary Care
NAEMT TECC: Hands-On Active Threat Scenario

One Day Workshops
*April 24, 2025*
Bioskills: Critical Life-Saving Procedures
Bite Me! Bites, Stings and Envenomations at the Bronx Zoo
Immersive Aerial Search, Triage and Medical Delivery Using Unmanned Aerial Vehicles
Tabletop Exercises and MCI Preparation in Schools, Hospitals,
and EMS Using AI and Other Simulation Tools

*April 25, 2025*
The A, B, C's of Field Blood Transfusion Utilizing Whole Blood
Point-of-Care Ultrasound in Medical Special Operations
Advanced Field Burn Care at the William Randolf Hearst Burn Center at Weil Cornell
Extended Medical Care for Rural Search and Rescue Personnel

Symposium
April 26 – April 27, 2025
Keynote: Rescue is a Patient-Driven Activity
Türkiye and Syria Earthquakes: Personal Lessons from Complex Rescues
US&R Medical Roles in Earthquake Response: Beyond the Hurricane Deployment
Mass Confusion: How Do We Simplify Mass Casualty Response?
Medicine's Roles and Challenges in 21st Century Warfare
From Combat to Care: Medical Applications of Military Drones
Challenging Return to Play Decisions: Exertional Heat Stroke, Rhabdomyolysis and
Exercise Collapse Associated with Sickle Cell Trait
Enhanced Medical Monitoring: Roles of Wearables in Medical Special Operations
Emergency Intubation in the Physiologically Unstable Patient
Impalements: Balancing Patient Care and Removal
Managing Critically Ill Pediatric Patients in Resource Constrained Environments
A Big Bloody Mess: Field Blood Transfusion Management in MCIs

*Afternoon Lectures*
Lithium Ion Batteries and Emergency Response
Maximizing Technical Information Systems in US&R
Hospital Under Siege: Managing Overwhelming Casualty Surges
Leveraging AI and Technology in Disaster Preparedness

*Hands-On Scenarios*
Confined Space and Collapse Rubble Pile
Care in the Air
Emergency Response for Terrorism Threats
Virtual Reality Simulations

For **general information**, please call 718-999-2507 or email srfm@fdnypro.org. Want to **exhibit** at FDNY SRFM? Please call (718) 999-0383.

## HOST HOTEL

To book your reservation at the **Hilton Garden Inn Central Park South**, please click HERE or call (212) 253-6000.

To book your reservation at the **Millennium Downtown**, please click HERE or call (212) 693-2001. Attendees must ask for the group rate for FDNY Foundation – Group Block 2025. **SOLD OUT**

---

| PRE-CONFERENCE: (4/24 - 4/25) | CONFERENCE LECTURES (4/26 - 4/27) | AFTERNOON TRACK |
|---|---|---|

1-DAY WORKSHOPS:

Bioskills: Critical Life-Saving Procedures (4/24)

- Learn the critical decision-making process and procedure for field limb amputations delivered by NYC's leading trauma surgeons

- Review other critical procedural skills such as surgical airway, finger thoracostomy, thoracotomy, lateral canthotomy, peri-mortem c-section
- Participate in a critical procedural skills practical lab

Bite Me! Bites, Stings and Envenomation at the Bronx Zoo (4/24)

- This workshop takes place at the Bronx Zoo, the largest metropolitan zoo in the U.S.
- Learn from world-renowned experts on the assessment and management of commonly encountered insects, spiders and snake bites, including a demonstration of administering antivenom for snake bites
- Participate in a guided tour of the Bronx Zoo's "World of Reptiles" and exhibits of other things that bite

Immersive Aerial Search, Triage and Medical Delivery Using Unmanned Aerial Vehicles (4/24)

- Understand effective search methods and strategies employed in aerial search and rescue operations
- Acquire skills in aerial triage that ensure efficient prioritization of medical assistance using the aerial remote triage system
- Master the techniques of medical package delivery via drones for prompt and effective response in critical situations

Tabletop Exercises and MCI Preparation in Schools, Hospitals and EMS Using AI and Other Simulation Tools (4/24)

- Analyze the specific vulnerabilities of schools, hospitals, and EMS systems to various MCI threats, including active shooters, mass casualty influxes, severe weather events, and cyberattacks
- Design and facilitate engaging tabletop exercises (TTXs) that realistically simulate MCIs and promote critical thinking and problem-solving among participants.
- Utilize AI-powered simulation tools to enhance MCI preparedness and response capabilities
- Develop and implement effective communication strategies and protocols for coordinating interagency response across EMS, hospitals, and other key stakeholders during MCIs
- Apply triage principles, resource allocation strategies, and incident command system best practices to optimize patient care and minimize casualties in MCI scenarios

The ABCs of Field Blood Transfusion Utilizing Whole Blood (4/25)

- This workshop is taught by experienced military and civilian subject matter experts in field blood transfusion
- Examine the strategic stakeholders and steps required to establish a prehospital blood transfusion program
- Discuss established standard operations procedures, protocols and guidelines
- Review examples of successful national civilian programs
- Demonstrate and provide hands-on experience through realistic scenarios utilizing high fidelity manikins

Point-of-Care Ultrasound in Medical Special Operations (4/25)

- Learn from some of NYC's leading emergency medicine ultrasound faculty
- Use the latest portable devices and learn the fundamentals of point-of-care ultrasound and its application in the austere environment
- Participate in ultrasound applications with realistic scenarios

Advanced Field Burn Care at the William Randolph Hearst Burn Center at Weill Cornell (4/25)

- Learn from experts at the nationally renowned William Randolph Hearst Burn Center at Weill Cornell
- Review the priorities of evaluating and managing a severely burned patient with limited resources including but not limited to triaging and prioritizing the management of burned patients, airway management and ventilation support, fluid resuscitation strategies, effective pain management, and best wound care practices

Extended Medical Care for Rural Search and Rescue (SAR) Personnel (4/25)

- Understand and apply principles of prolonged care in resource limited environments
- Recognize and manage common medical and trauma emergencies encountered in prolonged care environments

- Perform hands-on practical skills for patient assessment, treatment, and stabilization with limited resources
- Develop strategies for patient care and transport when evacuation is delayed
- Participate in scenario-based training simulating SAR missions in remote areas

2-DAY COURSES (4/24 – 4/25):

Difficult Airway Course

- Course taught by expert faculty
- Discuss rapid sequence intubation (RSI) and pharmacology
- Learn advanced topics on the assessment and management of difficult airways
- Learn an extensive range of airway management techniques and equipment
- Engage in challenging integrative case discussions and scenarios
- Certification provided with completion of the course

Advanced K-9 Veterinary Care Course

- Course taught by nationally recognized veterinarians in partnership with the Animal Medical Center, the world's largest veterinary teaching hospital
- Learn to provide medical care for our four-legged Task Force members! The course includes both basic and advanced assessment, management, and procedures
- Features live tissue and simulated hands-on experience
- Certification provided with completion of the course

NAEMT TECC: Hands-On Active Threat Scenario

- NAEMT certification course on Tactical Emergency Casualty Care (TECC) taught by members of FDNY and NYPD
- Review best practice treatment guidelines for trauma care in the high-threat prehospital environment
- Participate in realistic simulated hands-on scenarios

## Frequently asked questions (click + to view)

| + | Registration |
| + | Limited Seating |
| + | Pre-Conference Activities |
| + | Conference Badge |
| + | Food |
| + | Hotel Cancellation Policy |
| + | Arriving by Air |
| + | Transportation |

+ Continuing Education Units (CEU) and Continuing Medical Education (CME)

**00** days : **15** hours : **33** minutes : **28** seconds

**SRFM is not a Medical Special Operations Conference (MSOC) sanctioned event. Any references to MSOC on this or any other FDNY or Foundation website or social media account are purely historical in nature.**

## ABOUT US

The FDNY Foundation is the official non-profit organization of the New York City Fire Department. Your support directly assists the men and women of the FDNY To Better Protect New York through a number of key initiatives. When you make a donation or purchase here, you are making New York City safer.

## CONNECT WITH US

### Shop

### Pro

## NEWSLETTER SIGN-UP

Submit

© FDNY Foundation. All Rights Reserved.

FDNYFoundation   FDNYShop   FDNYSmart