# Exhibit 3

# Email from Gavin Mackie dated April 16, 2025



Jordan Fletcher <jordan@fletcherlaw.co>

## Henriquez Contempt Motion Discussion

**Mackie, Gavin (Law)** <gmackie@law.nyc.gov>  Wed, Apr 16, 2025 at 3:48 PM
To: Jordan Fletcher <jordan@fletcherlaw.co>
Cc: "Singleton, Gerald (Law)" <gsinglet@law.nyc.gov>

Jordan,

Our IT team is available from 2:30-3:30 on Friday. Let me know if that will work for you, or please prose a different time after 2:00 on Friday. If Friday afternoon doesn't work, we will have to find a time early next week.

We are willing to add the proposed disclaimer, but feel obligated to flag for you that, since as of right now the SRFM page does not include any of the MSOC marks, the inclusion of the disclaimer will only increase visibility on any search engines. As an alternative to the inclusion of a disclaimer, we are willing to stop the re-directs from the legacy URLs you mentioned. Per the Court's instructions at last Friday's hearing, these are alternative options. We do not see any reason to place disclaimers on social media posts that exclusively reference SRFM and have absolutely no connection to your client's conferences.

Our IT team has already removed all the meta-data you referred to. They have further informed that any such data was residual references to old conferences included in non-public facing databases, and was not intentionally included as part of any conferences held over the last few years. Additionally, they will contact Google to ensure they initiate a new webpage crawl as soon as practicable to refresh their search results.

The user group you reference in point five has already been disabled.

==As for the historic articles referenced in point six, we do not see any reason to disable those references at this point of time.== As the Court noted in our hearing last Friday, these are old pages that are unlikely to cause any current confusion. The removal of any metadata tags related to those pages further separates them from any affiliation with the current conference. And there are many publicly available third-party articles and references that our clients have no control over.

**Gavin B. Mackie** (he/him)

Senior Counsel|Affirmative Litigation Division

New York City Law Department

100 Church St. Rm. 20-105

New York, NY 10007

212.356.2272 (office)|646.988.6258 (cell)

---

**From:** Jordan Fletcher <jordan@fletcherlaw.co>
**Sent:** Wednesday, April 16, 2025 1:43 PM
**To:** Mackie, Gavin (Law) <gmackie@law.nyc.gov>

**Cc:** Singleton, Gerald (Law) <gsinglet@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Re: Henriquez Contempt Motion Discussion

[Quoted text hidden]