# Exhibit 4

## Search Results for "Medical Special Operations Conference" on Foundation Website

## Part 1 – April 23, 2025 Version

4/23/25, 4:16 PM
Case 1:22-cv-03190-KAM-PK     Document 119-4     Filed 04/26/25     Page 2 of 8 PageID #: 3083
You searched for - FDNY Foundation



FDNYShop | FDNYPro | FDNYSmart

Mission | Initiatives | News | Events | Ways to Give | Donate | FDNY Shop

**DONATE TODAY**

FDNY Smart | FDNY Pro

# 6 results found for: medical special operations conference



Published by ● FDNYFoundation at ◷ May 19, 2014

### Medical Special Operations Conference

The FDNY, in partnership with the FDNY Foundation, hosted the second annual Medical Special Operations Conference (MSOC) May 16-18. The weekend-long conference served as a platform […]

Read more



Published by ● FDNYFoundation at ◷ May 18, 2015

### FDNY and FDNY Foundation Host Third Annual Medical Special Operations Conference

The FDNY – in partnership with the FDNY Foundation – hosted the 3rd Medical Special Operations Conference (MSOC) May 15-17. "We are so proud to offer […]

Read more



Published by ● FDNYFoundation at ◷ May 25, 2014

### 2014 National EMS Week

The FDNY Foundation marked National EMS Week, an annual opportunity for the FDNY and organizations across the country to recognize the pre-hospital care professionals within their […]

Read more

Privacy - Terms



Published by  FDNYFoundation at  May 21, 2015

## FDNY Foundation Marks National EMS Week 2015

The FDNY Foundation joined with the FDNY to mark National EMS Week This marked the 41st annual National EMS Week. It ran from May 17 – […]

Read more



Published by  FDNYFoundation at  February 11, 2016

## Foundation Celebrates 75th Anniversary of Critical FDNY Training Tool

The FDNY Foundation is the proud publisher of WNYF Magazine, the official training publication of the New York City Fire Department. The Foundation took over as […]

Read more



Published by  FDNYFoundation at  March 17, 2016

## FDNY Foundation Celebrates FDNY EMS 20th Anniversary

The FDNY Foundation is proud to join the FDNY in marking the 20th anniversary of the merger between the Health and Hospitals Corporation Emergency Medical Service […]

Read more

## ABOUT US

The FDNY Foundation is the official non-profit organization of the New York City Fire Department. Your support directly assists the men and women of the FDNY To Better Protect New York through a number of key initiatives. When you make a donation or purchase here, you are making New York City safer.

## CONNECT WITH US



### Shop



### Pro



## NEWSLETTER SIGN-UP

Submit





© FDNY Foundation. All Rights Reserved.

# Search Results for "Medical Special Operations Conference" on Foundation Website

# Part 2 – April 8, 2025 Version

4/8/25, 2:09 PM
Case 1:22-cv-03190-KAM-PK    Document 119-4    Filed 04/26/25    Page 6 of 8 PageID #: 3087
You searched for - FDNY Foundation



FDNYShop | FDNYPro | FDNYSmart

Mission | Initiatives | News | Events | Ways to Give | Donate | FDNY Shop | **DONATE TODAY**

FDNY Smart | FDNY Pro

# 6 results found for: medical special operations conference



Published by FDNYFoundation at May 19, 2014

### Medical Special Operations Conference

The FDNY, in partnership with the FDNY Foundation, hosted the second annual Medical Special Operations Conference (MSOC) May 16-18. The weekend-long conference served as a platform […]

Read more



Published by FDNYFoundation at May 18, 2015

### FDNY and FDNY Foundation Host Third Annual Medical Special Operations Conference

The FDNY – in partnership with the FDNY Foundation – hosted the 3rd Medical Special Operations Conference (MSOC) May 15-17. "We are so proud to offer […]

Read more



Published by FDNYFoundation at May 25, 2014

### 2014 National EMS Week

The FDNY Foundation marked National EMS Week, an annual opportunity for the FDNY and organizations across the country to recognize the pre-hospital care professionals within their […]

Read more

4/8/25, 2:09 PM   Case 1:22-cv-03190-KAM-PK   Document 119-4   Filed 04/26/25   Page 7 of 8 PageID #:
You searched for FDNY Foundation2.
3088



Published by  FDNYFoundation at  May 21, 2015

## FDNY Foundation Marks National EMS Week 2015

The FDNY Foundation joined with the FDNY to mark National EMS Week This marked the 41st annual National EMS Week. It ran from May 17 – […]

Read more



Published by  FDNYFoundation at  February 11, 2016

## Foundation Celebrates 75th Anniversary of Critical FDNY Training Tool

The FDNY Foundation is the proud publisher of WNYF Magazine, the official training publication of the New York City Fire Department. The Foundation took over as […]

Read more

Published by  FDNYFoundation at  March 17, 2016

## FDNY Foundation Celebrates FDNY EMS 20th Anniversary

The FDNY Foundation is proud to join the FDNY in marking the 20th anniversary of the merger between the Health and Hospitals Corporation Emergency Medical Service […]

Read more

## ABOUT US

The FDNY Foundation is the official non-profit organization of the New York City Fire Department. Your support directly assists the men and women of the FDNY To Better Protect New York through a number of key initiatives. When you make a donation or purchase here, you are making New York City safer.

## CONNECT WITH US



### Shop



### Pro



## NEWSLETTER SIGN-UP

Submit





© FDNY Foundation. All Rights Reserved.