# Exhibit 5

## MSOC-Related Metadata Keywords Embedded in Foundation Website as of April 11, 2025



| | | | | |
|---|---|---|---|---|
| kaare andrews | Keith Elias | Ken Daly | ken dashow | kenneth langone |
| Kidde | kids | killed | Kneeling Firefighter | Kym Hampton |
| ladder company 111 | lance fensterman | leadership | leary firefighters foundation | legacy fund |
| legionnaires' task force | lenny joyner | lewis darnell tillman | life safety | life-saving |
| life-threatening | lighters | limited edition | line of duty | line of duty death |
| Lloyd Blankfein | LODD | Madeleine Martin | Madison Square Garden | manhattan |
| mariano rivera | Marine | marine corps association | marvel | mascot |
| Mayor | Mayor Bill de Blasio | medal | medal day | medical |
| Medical Special Operations Conference | melissa mark viverito | memorial | memorial day | memorial wall |
| men | mental health | merchandise | merger | MetLife Stadium |
| Mets | michael j fox | Michael R. Davidson | michael strahan | Michele Maglione |
| midwood | mike francesa | mike francesca | Milstein Family | Minnesota Lynx |
| Mobile CPR Unit | model | Modell's | models | motorola |
| MSG | MSOC | National EMS Week | National Fallen Firefighters Foundation | national grid |



fdnyfoundation.org

| | | | | |
|---|---|---|---|---|
| Lloyd Blankfein | LODD | Madeleine Martin | Madison Square Garden | manhattan |
| mariano rivera | Marine | marine corps association | marvel | mascot |
| Mayor | Mayor Bill de Blasio | **medal** | medal day | medical |
| Medical Special Operations Conference | melissa mark viverito | memorial | memorial day | memorial wall |
| men | mental health | merchandise | merger | MetLife Stadium |
| Mets | michael j fox | Michael R. Davidson | michael strahan | Michele Maglione |
| midwood | mike francesa | mike francesca | Milstein Family | Minnesota Lynx |
| Mobile CPR Unit | model | Modell's | models | motorola |
| MSG | MSOC | National EMS Week | National Fallen Firefighters Foundation | national grid |
| National Safety Council | NBA | Nelson Figueroa | Never Forget | new york |
| new york center for children | New York City | new york giants | New York JEts | new york knicks |
| New York Liberty | New York Presbyterian Hospital | new york super week | new yorker | New Yorkers |
| NFFF | NFL | NFL Players Association | NFLPA | NFPA |




# Keyword Search Results for: msoc / Medical Special Operations Conference

URL: https://www.fdnyfoundation.org/news/

Total Instances: 6

Line 337: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/fdny-foundation-associate-board-holds-first-event/

Total Instances: 18

Line 334: <a class="fixed-nav fixed-nav-prev format- style-default" href="https://www.fdnyfoundation.org/2022-...

Line 336: <a class="fixed-nav fixed-nav-prev format- style-default" href="https://www.fdnyfoundation.org/2022-...

URL: https://www.fdnyfoundation.org/2022-fdny-medical-special-operations-conference/

Total Instances: 13

Line 39: <meta content="https://www.fdnyfoundation.org/wp-content/uploads/2022/05/MSOC-9th-annual-event.jpg" ...

Line 51: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 72: form input.display-none{display:none!important}body{--mfn-featured-image: url(https://www.fdnyfounda...

Line 336: <article class="no-share post-14274 post type-post status-publish format-standard has-post-thumbnail...

Line 362: <a href="https://www.fdnyfoundation.org/wp-content/uploads/2022/05/MSOC-9th-annual-event-1024x546.jp...

Line 370: <p>Our vendor showcase with the latest equipment and products can be viewed here: <a href="https://w...

URL: https://www.fdnyfoundation.org/fdny-foundation-joins-the-fdny-in-mourning-the-passing-of-firefighter-

Total Instances: 18

Line 335: <a class="fixed-nav fixed-nav-prev format- style-default" href="https://www.fdnyfoundation.org/fdny-...

Line 337: <a class="fixed-nav fixed-nav-prev format- style-default" href="https://www.fdnyfoundation.org/fdny-...

URL: https://www.fdnyfoundation.org/fdny-foundation-publishing-new-fdny-magazine/

Total Instances: 2

Line 52: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 338: <article class="no-share post-11073 post type-post status-publish format-standard has-post-thumbnail...

URL: https://www.fdnyfoundation.org/fdny-foundation-celebrates-fdny-ems-20th-anniversary/

Total Instances: 2

Line 51: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 337: <article class="no-share post-11009 post type-post status-publish format-standard has-post-thumbnail...

URL: https://www.fdnyfoundation.org/registration-open-fdny-medical-special-operations-conference/

Total Instances: 14

Line 33: <meta content="The FDNY and the FDNY Foundation are proud to host the fourth annual FDNY Medical Spe...

Line 51: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 337: <article class="no-share post-10969 post type-post status-publish format-standard has-post-thumbnail...

Line 372: <p>The FDNY and the FDNY Foundation are proud to host the fourth annual FDNY Medical Special Operati...

Line 373: <p>The MSOC is the leading conference in medical special operations and has become a recognized plat...

Line 375: <p>"The MSOC gives attendees the opportunity to learn from members of the Greatest Fire Department i...

Line 377: <p>"Now in its fourth year, the Conference has always gotten a tremendous positive response from the...

Line 378: <p>"The MSOC continues to give medical operators from all levels of the national and international r...

Line 379: <p>The MSOC gives first responders, physicians and paramedics from across the country an opportunity...

Line 382: <p>Continuing Education Credit (CEU) will be made available to Paramedics, Nurses, Physicians Assist...

Line 383: </div></div></div></div><div class="column mcb-column mcb-item-1de654fb5 one-fourth laptop-one-fourt...

URL: https://www.fdnyfoundation.org/foundation-celebrates-75th-anniversary-critical-fdny-training-tool/

Total Instances: 2

Line 51: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 336: <article class="no-share post-10699 post type-post status-publish format-standard has-post-thumbnail...

URL: https://www.fdnyfoundation.org/fdny-and-fdny-foundation-host-third-annual-medical-special-operation

Total Instances: 9

Line 33: <meta content="The FDNY – in partnership with the FDNY Foundation – hosted the 3rd Medical Special O...

Line 51: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 337: <article class="no-share post-9753 post type-post status-publish format-standard has-post-thumbnail ...

Line 372: <p>The FDNY – in partnership with the FDNY Foundation – hosted the 3rd Medical Special Operations Co...

Line 375: <p>"This conference is so important as we look to share cutting-edge information," said FDNY Chief o...

Line 376: <p>The MSOC took place over two days and consists of workshops, lectures and panel discussions. It a...

Line 378: <p>The MSOC also provided an optional one-day pre-conference that includes a hands-on bio-skills cad...

Line 383: <p>"The people who live in, work in and travel to New York City have the great privilege of being se...

Line 384: <p>"A large part of our mission is to help the FDNY and its members promote outreach, as well as to ...


URL: https://www.fdnyfoundation.org/third-annual-medical-special-operations-conference/

Total Instances: 12

Line 33: <meta content="The FDNY – in partnership with the FDNY Foundation – will host the 3rd annual Medical...

Line 50: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 335: <article class="no-share post-9680 post type-post status-publish format-standard has-post-thumbnail ...

Line 370: <p>The FDNY – in partnership with the FDNY Foundation – will host the 3rd annual Medical Special Ope...

Line 373: <p>"We are proud to host this important conference and to share cutting-edge information," said FDNY...

Line 374: <p>The MSOC will take place over two days and consists of workshops, lectures and panel discussions....

Line 375: <p>The MSOC will also provide an optional one-day pre-conference that includes a hands-on bio-skills...

Line 378: <p>"The skills and knowledge offered at the MSOC can save lives," said Chief Roger Ahee, FDNY Bureau...

Line 382: <p>"The people who live in, work in and travel to New York City have the great privilege of being se...

Line 383: <p>"A large part of our mission is to help the FDNY and its members promote outreach, as well as to ...

Line 386: <p><a href="https://www.fdnypro.org/msoc/">For more information about this year's conference, click ...

Line 387: </div></div></div></div><div class="column mcb-column mcb-item-939a0986d one-fourth laptop-one-fourt...


URL: https://www.fdnyfoundation.org/2014-national-ems-week/

Total Instances: 16

Line 51: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 336: <a class="fixed-nav fixed-nav-prev format- style-default" href="https://www.fdnyfoundation.org/2014-...

Line 337: <article class="no-share post-8276 post type-post status-publish format-standard has-post-thumbnail ...

Line 338: <a class="fixed-nav fixed-nav-prev format- style-default" href="https://www.fdnyfoundation.org/2014-...

URL: https://www.fdnyfoundation.org/2014-medical-special-operations-conference/

Total Instances: 18

Line 33: <meta content="The FDNY, in partnership with the FDNY Foundation, hosted the second annual Medical S...

Line 39: <meta content="https://www.fdnyfoundation.org/wp-content/uploads/2014/05/MSOC1200x529.jpg" property=...

Line 51: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 73: form input.display-none{display:none!important}body{--mfn-featured-image: url(https://www.fdnyfounda...

Line 337: <article class="no-share post-8270 post type-post status-publish format-standard has-post-thumbnail ...

Line 363: <a href="https://www.fdnyfoundation.org/wp-content/uploads/2014/05/MSOC1200x529-1024x451.jpg" rel="p...

Line 370: <div class="mfn-builder-content mfn-default-content-buider" data-id="8270"><section class="section m...

Line 372: <p>The FDNY, in partnership with the FDNY Foundation, hosted the second annual Medical Special Opera...

Line 373: <p>Some of the topics discussed at the MSOC–held at the FDNY Training Academy on Randall's Island–we...

Line 374: <p>"Response to the conference was tremendous. Many participants stated that the FDNY MSOC should be...

Line 377: <p>Also participating were vendors to showcase the latest equipment and products in the medical resp...

Line 379: <p>The FDNY Foundation is proud to host MSOC, now a significant part of EMS Week events.</p>...

URL: https://www.fdnyfoundation.org/fomi-newest-class-of-leaders/

Total Instances: 14

Line 336: <a class="fixed-nav fixed-nav-prev format- style-default" href="https://www.fdnyfoundation.org/danie...

Line 338: <a class="fixed-nav fixed-nav-prev format- style-default" href="https://www.fdnyfoundation.org/danie...

URL: https://www.fdnyfoundation.org/wp-content/uploads/2024/06/FDNY-Foundation-Newsletter-Winter-20

Total Instances: 1

Line 4382: /URI(https://www.fdnypro.org/msoc/)&gt;&gt;...

URL: https://www.fdnyfoundation.org/wp-content/uploads/2023/10/2023-10-FDNY-Foundation-Newsletter-

Total Instances: 1

Line 47035: 3)�m;(�t�zq�x�{�□�□�□□□3□□□□□□□□}�m,-&amp;�Yj6A�Cz□�□�φK��□□,�d□□�□

URL: https://www.fdnyfoundation.org/wp-content/uploads/2023/10/1024x685.jpg

Total Instances: 1

Line 881: _��p~�□□□4□8□□□}l□□□□v□□□~H□□l%/□□□□x□□□&lt;k□□□7�e�Zi□□+□□□

URL: https://www.fdnyfoundation.org/wp-content/uploads/2015/05/gallery2.jpg

Total Instances: 1

Line 233: -�F□□□KT□□S□□□□□□□□□□□#□5tG□8]!c□□�H�J□□&amp;�ih�Kn□□□u□□□n\;�Y

URL: https://www.fdnyfoundation.org/category/150th-anniversary/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/911-anniversary/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/associate-board/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/black-sunday/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/block-parties/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/board-spotlight/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/calendar-of-heroes/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/cantor-charity-day/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/climb-to-summit/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/counseling-services-unit/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/donation/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/family-assistance-counseling/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fdny-appreciation-night/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fdny-baseball/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fdny-commissioner/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fdny-firezone/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/fdny-foundation-stair-climb/

Total Instances: 6

Line 335: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...

Line 338: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...


URL: https://www.fdnyfoundation.org/category/fdny-high-school/

Total Instances: 6

Line 335: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...

Line 338: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...


URL: https://www.fdnyfoundation.org/category/fdny-k-9-unit/

Total Instances: 6

Line 335: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...

Line 338: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...


URL: https://www.fdnyfoundation.org/category/fdny-memorial-day/

Total Instances: 6

Line 335: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...

Line 338: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...


URL: https://www.fdnyfoundation.org/category/fdny-mobile-cpr-unit/

Total Instances: 6

Line 335: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...

Line 338: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...


URL: https://www.fdnyfoundation.org/category/fdny-pro-films/

Total Instances: 6

Line 335: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...

Line 338: \<li class="reset-inner"\>\<a data-rel="*" href="https://www.fdnyfoundation.org/news/"\>All\</a\>\</li\>\<li ...

URL: https://www.fdnyfoundation.org/category/fdny-search-rescue-field-medicine-symposium/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fdny-unit-of-the-month/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fire-prevention-week-kickoff/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fomi/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fundraiser/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/givingtuesday/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/graduation-ceremony/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/happy-holidays/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/happy-new-year/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/hope-for-warrior-weekend/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/humanitarian-awards-dinner/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/international-firefighters-day/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/leadership/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/lithium-ion-batteries/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/lithium-ion-battery-symposium/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/mand-library/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/marathon/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/medal-day/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/memorial/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/msoc/

Total Instances: 31

Line 28: <link href="https://www.fdnyfoundation.org/wp-content/cache/autoptimize/css/autoptimize_c55cc95b88c2...

Line 29: <link href="https://www.fdnyfoundation.org/category/msoc/" rel="canonical">...

Line 32: <meta content="MSOC Archives - FDNY Foundation" property="og:title"/>...

Line 33: <meta content="https://www.fdnyfoundation.org/category/msoc/" property="og:url"/>...

Line 37: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 44: <link href="https://www.fdnyfoundation.org/category/msoc/feed/" rel="alternate" title="FDNY Foundati...

Line 241: <body class="archive category category-msoc category-656 wp-embed-responsive woocommerce-block-theme...

Line 313: <div id="Subheader"><div class="container"><div class="column one"><h1 class="title">MSOC</h1></div>...

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-656 author-ginsana post-14274 type-pos...

Line 368: <div class="gf_browser_unknown gform_wrapper gform_legacy_markup_wrapper gform-theme--no-framework" ...

Line 409: <div class="gf_browser_unknown gform_wrapper gform_legacy_markup_wrapper gform-theme--no-framework" ...


URL: https://www.fdnyfoundation.org/category/nasdaq-closing-bell/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/newsletter/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/open-house/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/plaque-dedication-ceremony/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/presidential-medal-of-valor/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/proby-pavilion/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/professional-development/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/promotion-ceremony/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/public-outreach/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/raymond-m-downey-memorial-run/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/recruitment/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/search-rescue-field-medicine-symposium/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/state-of-the-fdny/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/swearing-in-ceremony/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/team-building/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/technology-equipment/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/training/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/uncategorized/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/strikeswithsteven/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/108th/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/150/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/150-patch/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/150th/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/150th-anniversary/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/15th-anniversary/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/16th-anniversary/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/2016/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/2017/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/2018/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/2019/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/2020/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/23rd-street/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/23rd-street-fire/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/311/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/343/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/40th-anniversary/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/500-level/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/911/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/911-memorial/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/aaron/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/abc/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/acc/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/accuweather/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/aed/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/alarms/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/all-star/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/all-star-breakfast/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/alumni/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/american-heart-association/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/american-red-cross/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/anniversary/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/annual/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/answer-the-call/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/anthony-mancuso/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/art/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/art-shamsky/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/artist-alley/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/artist-alleyc/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/auction/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/award/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/barclays-center/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/barry-lee-myers/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/basketball/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/batteries/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/be-911/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/be-ready/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/be-ready-day/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/bill/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/bill-de-blasio/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/bill-ritter/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/block-party/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/blog/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/board/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/board-of-directors/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/bob-zito/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/bobby-burke/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/borough-president/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/bp/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/brand/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/bravest/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/breakfast/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/brian-j-sullivan/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/brian-williams/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/brock-lesnar/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/bronx/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/brooklyn/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/brooklyn-cyclones/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/bruce-beck/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/bureau-of-operations/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/busy/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/bystander/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/calen-carr/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/calendar/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/calendar-of-heroes/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/campaign-for-training-and-education/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/canada-goose/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/cancer/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/cancer-risk/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/captain/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/captain-america/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/captain-vernon-a-richard/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/captain-vernon-richard/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/carbon-monoxide/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/cardiac/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/cardiac-arrest/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/carmen-farina/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/carol-alt/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/cats/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/celebration/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ceo/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ceremony/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/cesar-escobar/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/challenge/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/change-your-battery/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/change-your-clock/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/charles-way/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/chattanooga/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/chief/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/chief-of-department/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/children/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/chris-cimino/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/chris-kyle-frog-foundation/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/chris-snee/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/chris-weidman/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/christina-rowley/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/christopher-a-santora/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/christopher-j-raguso/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/christopher-t-tripp-zanetis/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/citi-field/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/city-hall/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/civilian/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/co/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/co-alarm/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/cod/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/cold-weather/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/comic-con/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/comics/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/commemorative/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/commemorative-book/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/commissioner/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/community/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/competition/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/compressions/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/compressions-only/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/con-edison/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/conference/

Total Instances: 21

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/connor-brandt/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/convention/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/counseling/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/counseling-services-unit/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/covid-19/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/cpr/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/cpr-unit/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/critical/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/crunch-fitness/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/csu/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/cyclones/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/damion-scott/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/danae-mines/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/darlene-rodriguez/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/darrelle-revis/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/darryl-strawberry/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/dave-price/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/david-ushery/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/daylight-saving/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/death/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/deblasio/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/defibrillator/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/deirdre-lovejoy/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/denis-leary/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/department/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/digital/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...

URL: https://www.fdnyfoundation.org/tag/dinner/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/doe/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/dogs/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/dominic-chianese/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/donate/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/donation/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/douglas-isaacs/

Total Instances: 13

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/earl-monroe/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ebay/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/education/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/education-fund/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/eli-manning/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/emd/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/tag/emergency/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/emigrant-savings-bank/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/empire-state-building/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/employee/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ems/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ems-merger/

Total Instances: 8

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-6 category-10 author-fdnyfo...

## URL: https://www.fdnyfoundation.org/tag/emt/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

## URL: https://www.fdnyfoundation.org/tag/emt-frederick-d-whiteside/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

## URL: https://www.fdnyfoundation.org/tag/energy/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

## URL: https://www.fdnyfoundation.org/tag/engine-company-214/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

## URL: https://www.fdnyfoundation.org/tag/equipment/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

## URL: https://www.fdnyfoundation.org/tag/eric-adams/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/eric-decker/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/eric-l-adams/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/erik-wiener/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ess/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ess-symposium/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/event/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/explosion/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fallen-firefighter/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/family-assistance-counseling/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/famke-janssen/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fatal/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fatal-fire/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-appreciation/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-cpr-unit/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-explorers-program/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-fire-zone/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-high-school/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-high-school-for-fire-and-life-safety/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-night/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-pro/

Total Instances: 9

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 355: <article class="post post-item isotope-item clearfix category-3 category-6 category-10 author-fdnyfo...

URL: https://www.fdnyfoundation.org/tag/fdny-pro-films/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-shop/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny-smart/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny-symposium/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...


URL: https://www.fdnyfoundation.org/tag/fdny-youth-workforce-development-program/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny5k/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdnysmart/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/female/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/female-firefighter/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/films/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fire/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fire-life-safety-education-2/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fire-academy/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-and-life-safety/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fire-commissioner/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fire-deaths/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fire-department/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fire-fatalities/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fire-operations/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...

URL: https://www.fdnyfoundation.org/tag/fire-play/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-prevention-week/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-safety/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-safety-education/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-safety-education-team/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-safety-education-unit/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-service/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...

URL: https://www.fdnyfoundation.org/tag/fire-service-occupational-cancer-alliance/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-zone/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/firefighter/

Total Instances: 7

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 355: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/firefighter-for-a-day/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/firefighters-monument/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/firefighters/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/firemans-fund/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/firemans-fund-insurance/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/first-responder/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/first-responder-center-for-excellence/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fitness/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fomi/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/forced-entry/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/ford/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/founders-day/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fox5/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/frank-j-bisignano/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/frank-leto/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fred-baxter/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/free/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fseu/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fund/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/funding/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fundraising/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/gala/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/gas/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/gas-explosion/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/gas-safety/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/generous/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/george-r-oliver/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/getalarmednyc/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/giveaway/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/giving-tuesday/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/goldman-sachs/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/good-morning-america/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/gordon-m-ambelas/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/graduate/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/graduation/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/grant/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/green/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/halloween/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/halloweens/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/hard-rock-cafe/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/headquarters/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/health/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/helmets/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/hero/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/heroes/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/hi-rise/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/high-rise/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/high-rise-simulator/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/high-school/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/history/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/holiday/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/holiday-safety/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/holidays/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/home-depot/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/honorary/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/hot-dog/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/howard-milstein/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/hurricane/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/hurricane-sandy/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/initiatives/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/injury/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/inox/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/installation/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/integrity-square/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/international-firefighter-day/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/invemed-associates/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/james-booth/

Total Instances: 8

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 354: &lt;article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/james-hodgens/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/james-leonard/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/james-leyritz/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/james-madison/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/jamestown-jammers/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/javits-center/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/jay-pharoah/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jean-oshea/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jeff-curtin/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jems/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jim-fassel/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jim-leyritz/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/jim-simpson/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jim-ward/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/joe-coppotelli/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/joe-quesada/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/joe-torre/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/john-bowne-high-school/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/john-cena/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/john-franco/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/john-mcavoy/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/john-mcenroe/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/john-plunkett/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/john-starks/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/john-sudnik/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/john-sullivan/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/john-wallace/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/josh-lockwood/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/julianna-margulies/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/june-2015/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/junior-firefighter/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/juvenile-fire-setters/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/kaare-andrews/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/keith-elias/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ken-daly/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ken-dashow/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/kenneth-langone/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/kidde/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/kids/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/killed/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/kneeling-firefighter/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/kym-hampton/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ladder-company-111/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/lance-fensterman/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/leadership-2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/leary-firefighters-foundation/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/legacy-fund/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/legionnaires-task-force/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/lenny-joyner/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/lewis-darnell-tillman/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/life-safety/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/life-saving/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/life-threatening/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/lighters/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/limited-edition/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/line-of-duty/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/line-of-duty-death/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/lloyd-blankfein/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/lodd/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/madeleine-martin/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/madison-square-garden/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/manhattan/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/mariano-rivera/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/marine/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/marine-corps-association/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/marvel/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/mascot/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/mayor/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/mayor-bill-de-blasio/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/medal/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/medal-day/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/medical/

Total Instances: 8

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-5 category-6 category-9 cat...

URL: https://www.fdnyfoundation.org/tag/medical-special-operations-conference/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...

URL: https://www.fdnyfoundation.org/tag/melissa-mark-viverito/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/memorial/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/memorial-day/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/memorial-wall/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/men/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/mental-health/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/merchandise/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/merger/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/metlife-stadium/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/mets/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/michael-j-fox/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/michael-r-davidson/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/michael-strahan/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/michele-maglione/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/midwood/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/mike-francesa/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/mike-francesca/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/milstein-family/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/minnesota-lynx/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/mobile-cpr-unit/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/model/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/modells/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/models/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/motorola/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/msg/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/msoc/

Total Instances: 46

Line 28: <link href="https://www.fdnyfoundation.org/wp-content/cache/autoptimize/css/autoptimize_c55cc95b88c2...

Line 29: <link href="https://www.fdnyfoundation.org/tag/msoc/" rel="canonical">...

Line 32: <meta content="MSOC Archives - FDNY Foundation" property="og:title"/>...

Line 33: <meta content="https://www.fdnyfoundation.org/tag/msoc/" property="og:url"/>...

Line 37: <script class="yoast-schema-graph" type="application/ld+json">{"@context":"https://schema.org","@gra...

Line 44: <link href="https://www.fdnyfoundation.org/tag/msoc/feed/" rel="alternate" title="FDNY Foundation » ...

Line 241: <body class="archive tag tag-msoc tag-50 wp-embed-responsive woocommerce-block-theme-has-button-styl...

Line 313: <div id="Subheader"><div class="container"><div class="column one"><h1 class="title">MSOC</h1></div>...

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-6 category-10 author-fdnyfo...

Line 368: <div class="gf_browser_unknown gform_wrapper gform_legacy_markup_wrapper gform-theme--no-framework" ...

Line 409: <div class="gf_browser_unknown gform_wrapper gform_legacy_markup_wrapper gform-theme--no-framework" ...

URL: https://www.fdnyfoundation.org/tag/national-ems-week/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/national-fallen-firefighters-foundation/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/national-grid/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/national-safety-council/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nba/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nelson-figueroa/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/never-forget/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/new-york/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/new-york-center-for-children/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/new-york-city/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/new-york-giants/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/new-york-jets/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/new-york-knicks/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/new-york-liberty/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/new-york-presbyterian-hospital/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/new-york-super-week/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/new-yorker/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/new-yorkers/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/nfff/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nfl/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nfl-players-association/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nflpa/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nfpa/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nicholas/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/nicholas-scoppetta/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/non-profit/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/ny-boat-show/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/ny-giants/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/ny-hereos/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/ny-jets/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ny-mets/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nyc/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nyc-company/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nyc-council/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nyc-fire-museum/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nyc-service/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/nyc-tv/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nycc/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nypd/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nyu-langone-medical-center/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/odell-beckham-jr/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/official/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/open-house/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/operations/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...


URL: https://www.fdnyfoundation.org/tag/osmond-a-church-school/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/outreach/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/paramedic/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...


URL: https://www.fdnyfoundation.org/tag/partner/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/partnership/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/patch/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/peta/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/plaque/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/police-and-fire-widows-and-childrens-fund/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/postponed/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/pre-sale/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/presale/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/presentation/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/prevention/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/pro/

Total Instances: 9

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-6 category-10 author-fdnyfo...

URL: https://www.fdnyfoundation.org/tag/professional/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...

URL: https://www.fdnyfoundation.org/tag/professional-development-2/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

URL: https://www.fdnyfoundation.org/tag/program/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

URL: https://www.fdnyfoundation.org/tag/ps-108/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

URL: https://www.fdnyfoundation.org/tag/ps-q222/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

URL: https://www.fdnyfoundation.org/tag/psa/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

URL: https://www.fdnyfoundation.org/tag/queens/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/rachael-ray/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/raffle/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/randalls-island/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/recruit/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/recruitment-2/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/red-cross/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/reedpop/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/remembrance/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/rescue/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/reunion/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/rich-seubert/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/risk/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/riverside-park/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/robert/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/robert-tucker/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/robert-turner/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/robert-zito/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/rockefeller-center/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/rod-strickland/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/roger-ahee/

Total Instances: 8

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-5 category-6 category-9 cat...

URL: https://www.fdnyfoundation.org/tag/roman-reigns/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ronald/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/rondae-hollis-jefferson/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/rope-rescue/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/rosanna-scotto/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/rugby/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ruzow/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/safety/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/safety-tips/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/tag/salvatore-cassano/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/tag/sandy/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/tag/sandy-alderson/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/tag/save/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/tag/save-the-date/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/tag/scholarships/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/school/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/schools/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/scoppetta/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/search-rescue/

Total Instances: 19

Line 37: &lt;script class="yoast-schema-graph" type="application/ld+json"&gt;{"@context":"https://schema.org","@gra...

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 354: &lt;article class="post post-item isotope-item clearfix category-5 category-10 author-fdnyfoundation po...

URL: https://www.fdnyfoundation.org/tag/second-chance/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/security/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/senior-fire-safe-program/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/september-11/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/shooting/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/sigourney-weaver/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/simulator/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/siren/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/smart/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/smoke-alarm/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/smoke-alarms/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/spadafora/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/spider-man/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/spinnatta/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/sports/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/sports-radio/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/staten-island/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/stefan-holt/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/stephanie/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/stephen/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/stephen-raynis/

Total Instances: 8

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-5 category-6 category-9 cat...


URL: https://www.fdnyfoundation.org/tag/stephen-rush/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/steve-scebelo/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/steven-matz/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/students/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/sukanya-krishnan/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/summer/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/summer-rae/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/summerslam/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/superstars/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/support/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/swiss-army/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/syracuse/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/tm/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/t-shirts/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/taylor-taylor/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/teacher/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/teens-take-heart/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/tennessee/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/teresa-edwards/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/the-hartford/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/the-new-day/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/the-pearl/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/the-usos/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/this-week-in-marvel/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/three-star-brands/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/tickets/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/tim-teufel/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/time/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/time-change/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/tina-cervasio/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/tips/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/tishman-speyer/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/tag/tony-taylor-alejandro-antonio/

Total Instances: 6

Line 335: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/toyota/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/toys/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/toysrus/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/tragedy/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/training-2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/tucker/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/vice-chairman/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/victims/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/victorinox/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/vincent-g-fowler/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/volunteers/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/wabc/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/waldbaum/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/walt-simonson/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/weather/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/webinar/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...


URL: https://www.fdnyfoundation.org/tag/website/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/wedderburn/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/week/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/westminster-kennel-club-dog-show/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/william-m-feehan/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/william-tolley/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/winter/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/winter-safety/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/wnba/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/wnbc-tv/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/wnyf/

Total Instances: 7

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 354: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/women/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/womens-history-month/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/world-trade-center/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/wtc/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/wwe/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/you-are-here/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/youth/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/youth-workforce-development/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/ywd/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/zero/

Total Instances: 6

Line 335: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/epanzarella/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/2/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/3/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/4/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/5/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/6/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/7/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/8/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/9/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/10/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/11/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/12/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/13/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/14/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/15/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/16/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/17/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/18/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/19/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/20/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/21/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/22/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/23/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/24/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/25/

Total Instances: 9

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 357: &lt;article class="post post-item isotope-item clearfix category-654 author-ginsana post-14305 type-pos...

URL: https://www.fdnyfoundation.org/author/ginsana/page/26/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/27/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/28/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/29/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/30/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/31/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/32/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/ginsana/page/33/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/author/ginsana/page/34/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/author/ginsana/page/35/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/author/ginsana/page/36/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/author/ginsana/page/37/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/author/ginsana/page/38/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/2/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/3/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/4/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/5/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/6/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/7/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/8/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/9/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/10/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/11/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/12/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/13/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/14/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/15/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/16/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/17/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/18/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/19/

Total Instances: 7

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 357: &lt;article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-7 aut...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/20/

Total Instances: 10

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 357: <article class="post post-item isotope-item clearfix category-6 category-10 author-fdnyfoundation po...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/21/

Total Instances: 7

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 357: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/22/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/23/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/24/

Total Instances: 6

Line 338: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/25/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/26/

Total Instances: 10

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 357: &lt;article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/27/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/28/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/29/

Total Instances: 6

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/30/

Total Instances: 17

Line 338: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 357: &lt;article class="post post-item isotope-item clearfix category-3 category-6 category-9 category-10 au...

URL: https://www.fdnyfoundation.org/author/fdnyfoundation/page/31/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/training-2/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/students/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/4/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/5/

Total Instances: 7

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-97 author-fdnyfoundation post-11345 ty...

URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/6/

Total Instances: 11

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-545 author-fdnyfoundation post-11040 t...

URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/7/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/8/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/9/

Total Instances: 10

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-130 author-fdnyfoundation post-9809 ty...

URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/10/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/11/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/12/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/stephen-ruzow/page/13/

Total Instances: 17

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 355: <article class="post post-item isotope-item clearfix category-2 author-fdnyfoundation post-8315 type...

URL: https://www.fdnyfoundation.org/tag/siren/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/safety-tips/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/safety/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/safety/page/3/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/robert-zito/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/robert-turner/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/nyc/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/new-york-city/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/mayor/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/leadership-2/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/4/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/5/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/6/

Total Instances: 11

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/7/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/8/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/9/

Total Instances: 10

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 author-fdnyfoundation post-9851 type...

URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/10/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/11/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/12/

Total Instances: 16

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 356: &lt;article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/jean-oshea/page/13/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/james-leonard/page/2/

Total Instances: 11

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 356: &lt;article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/james-leonard/page/3/

Total Instances: 9

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 356: &lt;article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...

URL: https://www.fdnyfoundation.org/tag/james-leonard/page/4/

Total Instances: 8

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 355: <article class="post post-item isotope-item clearfix category-3 category-5 category-6 category-9 cat...

URL: https://www.fdnyfoundation.org/tag/hot-dog/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/gala/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fseu/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/firefighter/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-safety-education-unit/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-safety-education-unit/page/3/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-safety-education/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-safety-education/page/3/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-safety/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-prevention-week/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire-and-life-safety/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fire/page/2/

Total Instances: 7

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 355: &lt;article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/fdny-smart/page/2/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fdny-pro/page/2/

Total Instances: 8

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 355: &lt;article class="post post-item isotope-item clearfix category-3 category-5 category-6 category-9 cat...

URL: https://www.fdnyfoundation.org/tag/fdny-high-school/page/2/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/2/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/3/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/4/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/5/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/6/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/7/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/8/

Total Instances: 7

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-4 category-5 category-10 author-fdnyfo...


URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/9/

Total Instances: 11

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 356: <article class="post post-item isotope-item clearfix category-545 author-fdnyfoundation post-11040 t...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/10/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/11/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/12/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/13/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/14/

Total Instances: 8

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 author-fdnyfoundation post-9851 type...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/15/

Total Instances: 8

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-130 category-3 category-6 author-fdnyf...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/16/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/17/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/18/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/19/

Total Instances: 17

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-2 author-fdnyfoundation post-8288 type...

URL: https://www.fdnyfoundation.org/tag/fdny-foundation/page/20/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/4/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/5/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/6/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/7/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/8/

Total Instances: 11

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-130 category-3 category-6 author-fdnyf...

URL: https://www.fdnyfoundation.org/tag/fdny/page/9/

Total Instances: 7

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-8 aut...

URL: https://www.fdnyfoundation.org/tag/fdny/page/10/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/11/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/12/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/fdny/page/13/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny/page/14/

Total Instances: 10

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...


URL: https://www.fdnyfoundation.org/tag/fdny/page/15/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny/page/16/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny/page/17/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/fdny/page/18/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/emt/page/2/

Total Instances: 7

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/emt/page/3/

Total Instances: 7

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 355: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/ems/page/2/

Total Instances: 8

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/ems/page/3/

Total Instances: 9

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 355: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/education/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/department/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/department/page/3/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/4/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/5/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/6/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/7/

Total Instances: 7

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/8/

Total Instances: 11

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-545 author-fdnyfoundation post-11040 t...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/9/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/10/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/12/

Total Instances: 10

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 356: &lt;article class="post post-item isotope-item clearfix category-5 author-fdnyfoundation post-9816 type...

URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/13/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/daniel-nigro/page/14/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/cpr/page/2/

Total Instances: 8

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 356: &lt;article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/cpr/page/3/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/cpr/page/4/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/tag/commissioner/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/commissioner/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/commissioner/page/4/

Total Instances: 12

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 category-10 author-fdnyfo...


URL: https://www.fdnyfoundation.org/tag/commissioner/page/5/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/commissioner/page/6/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/tag/commissioner/page/7/

Total Instances: 8

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> ...

Line 355: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/bill-de-blasio/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/anniversary/page/2/

Total Instances: 9

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/tag/anniversary/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/anniversary/page/4/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/911/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/911/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/911/page/4/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/150th-anniversary/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/150th-anniversary/page/3/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/tag/150th/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/training/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/training/page/3/

Total Instances: 8

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-4 category-5 category-10 author-fdnyfo...

URL: https://www.fdnyfoundation.org/category/training/page/4/

Total Instances: 9

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-4 category-5 category-10 author-fdnyfo...

URL: https://www.fdnyfoundation.org/category/training/page/5/

Total Instances: 17

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 355: <article class="post post-item isotope-item clearfix category-3 category-4 category-6 category-10 au...

URL: https://www.fdnyfoundation.org/category/technology-equipment/page/2/

Total Instances: 9

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 355: <article class="post post-item isotope-item clearfix category-2 category-3 category-4 category-5 cat...

URL: https://www.fdnyfoundation.org/category/team-building/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/recruitment/page/2/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/2/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/3/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/4/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/5/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/6/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/7/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/8/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/9/

Total Instances: 7

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/10/

Total Instances: 11

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/11/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/public-outreach/page/12/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/public-outreach/page/13/

Total Instances: 10

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-6 category-7 author-fdnyfou...

URL: https://www.fdnyfoundation.org/category/public-outreach/page/14/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/public-outreach/page/15/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/public-outreach/page/16/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/public-outreach/page/17/

Total Instances: 7

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 355: <article class="post post-item isotope-item clearfix category-3 category-4 category-6 category-10 au...

URL: https://www.fdnyfoundation.org/category/professional-development/page/2/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/professional-development/page/3/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/professional-development/page/4/

Total Instances: 19

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 356: &lt;article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...

URL: https://www.fdnyfoundation.org/category/professional-development/page/5/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/plaque-dedication-ceremony/page/2/

Total Instances: 6

Line 336: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 339: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/memorial/page/2/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/memorial/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/memorial/page/4/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/memorial/page/5/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/memorial/page/6/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/memorial/page/7/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/memorial/page/8/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/memorial/page/9/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/memorial/page/10/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/memorial/page/11/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/leadership/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/leadership/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/leadership/page/4/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/leadership/page/5/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/leadership/page/6/

Total Instances: 7

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 355: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-6 cat...


URL: https://www.fdnyfoundation.org/category/graduation-ceremony/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/graduation-ceremony/page/3/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...


URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/4/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/5/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/6/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/7/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/8/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/9/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/10/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/11/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/12/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/13/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/14/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/15/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li> <li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/16/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/17/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/18/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/19/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/20/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/21/

Total Instances: 8

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt; ...

Line 356: &lt;article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-7 aut...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/22/

Total Instances: 10

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 356: &lt;article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/23/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/24/

Total Instances: 6

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/25/

Total Instances: 8

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 356: &lt;article class="post post-item isotope-item clearfix category-3 author-fdnyfoundation post-9865 type...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/26/

Total Instances: 8

Line 337: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 340: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

Line 356: <article class="post post-item isotope-item clearfix category-3 category-5 category-6 category-9 cat...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/27/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/fire-life-safety-education/page/28/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/family-assistance-counseling/page/2/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/911-anniversary/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/911-anniversary/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/911-anniversary/page/4/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/150th-anniversary/page/2/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/150th-anniversary/page/3/

Total Instances: 6

Line 337: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/category/150th-anniversary/page/4/

Total Instances: 6

Line 336: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 339: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/2/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/3/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/4/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/5/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/6/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/7/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/8/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/9/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/10/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/11/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/12/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/13/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/14/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/15/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/16/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/17/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/18/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/20/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/21/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/22/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/23/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/24/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/25/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/26/

Total Instances: 9

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 357: <article class="post post-item isotope-item clearfix category-657 author-ginsana post-14278 type-pos...

URL: https://www.fdnyfoundation.org/news/page/27/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/28/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/29/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/30/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/31/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/32/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/33/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/34/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/35/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/36/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/37/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/38/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/39/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/40/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/41/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/42/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/43/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/44/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/45/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/46/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/47/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/48/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/49/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/50/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/51/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/52/

Total Instances: 6

Line 338: &lt;li class="reset-inner current-cat"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;...

Line 341: &lt;li class="reset-inner"&gt;&lt;a data-rel="*" href="https://www.fdnyfoundation.org/news/"&gt;All&lt;/a&gt;&lt;/li&gt;&lt;li ...

URL: https://www.fdnyfoundation.org/news/page/53/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/54/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/55/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/56/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/57/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/58/

Total Instances: 11

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 357: <article class="post post-item isotope-item clearfix category-3 category-6 author-fdnyfoundation pos...

URL: https://www.fdnyfoundation.org/news/page/59/

Total Instances: 7

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 357: <article class="post post-item isotope-item clearfix category-3 category-4 category-5 category-8 aut...

URL: https://www.fdnyfoundation.org/news/page/60/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/61/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/62/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/63/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/64/

Total Instances: 10

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 357: <article class="post post-item isotope-item clearfix category-130 author-fdnyfoundation post-9809 ty...

URL: https://www.fdnyfoundation.org/news/page/65/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/66/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/67/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/68/

Total Instances: 6

Line 338: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 341: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

URL: https://www.fdnyfoundation.org/news/page/69/

Total Instances: 17

Line 337: <li class="reset-inner current-cat"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All<...

Line 340: <li class="reset-inner"><a data-rel="*" href="https://www.fdnyfoundation.org/news/">All</a></li><li ...

Line 356: <article class="post post-item isotope-item clearfix category-2 author-fdnyfoundation post-8315 type...