# Exhibit 6

## Google Search Results

## Part 1 - April 24, 2025 Search Results

FDNY medical special operations confere

All Images News Videos Short videos Forums Shopping More Tools

FDNY Pro
https://www.fdnypro.org › srfm

## FDNY Search & Rescue Field Medicine Symposium

The **FDNY SRFM Symposium** brings together military, federal, state, and local medical responders to share their experiences and best practices.

10Times
https://10times.com › fdny-msoc

## FDNY MSOC (May 2024), Medical Special Operations ...

**02 - 05 May 2024 Ended** Medical Special Operations Conference 5.0 (2) • Conference New York, United States Katerina Kirvas Gee Leno John Lyden 49 Followers

Eventbrite
https://www.eventbrite.com › ... › #ems_training

## FDNY Search & Rescue Field Medicine Symposium (2025)

The **FDNY SRFM Symposium** takes place over four days with workshops, lectures, panel discussions, hands-on skills scenarios, and a vendor showcase.

Firefighter Close Calls
https://www.firefighterclosecalls.com › you-are-invited-...

## 10th FDNY MSOC Conference-Rescue/EMS (The Secret List)

Feb 22, 2025 — FDNY Medical Special Operations Conference. This year's conference will be taking place on **May 4-7, 2023 in New York**. The FDNY, in partnership ...

Sterling Volunteer Rescue Squad
https://sterlingrescue.org › News

## Medical Special Operations Conference (NYFD)

For the past seven years, the MSOC has been an event where military, **federal, state, and local medical responders** can share their experiences, best practices, ...

UBMD EMS
https://ubmdems.com › 2023-MSOC-Flyer-FINAL

## FDNY MSOC 2023

PDF

**FDNY MSOC takes place over four days** and consists of workshops, lectures, panel discussions, hands-on skills scenarios and a vendor showcase with the latest ...

1 page

Local 2507
https://local2507.com › Events

## 10th Annual FDNY Medical Special Operations Conference

**May 4 – 7, 2023** ... Battle of the Badges tickets are going FAST! District Council 37. Search for: Recent Posts. Expanding Access, New Leadership & Your ...

Fire Law Blog
https://www.firelawblog.com › 2024/04/16 › fdny-prev...

## FDNY Prevails in Trademark Case With Medic

Apr 16, 2024 — In 2009 or 2010, Henriquez attended a **conference** organized by the **Special Operations Medical** Association ("SOMA"), a group dedicated to ...

FDNY Pro
https://www.fdnypro.org › s3-e1-the-fdny-medical-spec...

## S03, E26 The FDNY Medical Special Operations ...

In this podcast, **FDNY Medical Director Doug Isaacs and Rescue Paramedic Juan Henriquez** give listeners an inside look at how MSOC came to be and continues to ...

Local 2507
https://local2507.com › Events

## 8th Annual FDNY Medical Special Operations Conference

**MSOC takes place over four days** and consists of workshops, lectures, panel discussions, hands-on skills scenarios, and a vendor showcase with the latest ...

## People also search for

| | |
|---|---|
| **Msoc** FDNY **2025** | **Fire Rescue** Conference **2025** |
| FDNY **msoc** | FDNY **Uniform store** |
| **Tactical** medical conference | FDNY **books PDF** |
| FDNY **Pro** | FDNY **Firezone** |



1 2 3 4 5 6 7 8 9 10 Next

Results are not personalized

**New Jersey** - From your IP address - Update location

Help Send feedback Privacy Terms




FDNY Pro
https://www.fdnypro.org › srfm

## FDNY Search & Rescue Field Medicine Symposium

The **FDNY SRFM Symposium** brings together military, federal, state, and local medical responders to share their experiences and best practices.

Eventbrite
https://www.eventbrite.com › ... › #ems_training

## FDNY Search & Rescue Field Medicine Symposium (2025)

The **FDNY SRFM Symposium** takes place over four days with workshops, lectures, panel discussions, hands-on skills scenarios, and a vendor showcase.

10Times
https://10times.com › fdny-msoc

## FDNY MSOC (May 2024), Medical Special Operations ...

Through our podcast, magazines and other tools, **engage with FDNY members on our Pro page**, which offers ways for first responders and Departments to Train With ...

Firefighter Close Calls
https://www.firefighterclosecalls.com › you-are-invited-...

## 10th FDNY MSOC Conference-Rescue/EMS (The Secret List)

Feb 22, 2025 — **FDNY MSOC** is the conference that military, federal, state, and local rescue and emergency medical responders attend to share their experiences, ...

FDNY Pro
https://www.fdnypro.org › author › fdny-msoc-team

## FDNY MSOC Team

**The FDNY Foundation is the official non-profit organization of the New York City Fire Department**. Your support directly assists the men and women of the FDNY To ...

UBMD EMS
https://ubmdems.com › 2023-MSOC-Flyer-FINAL

## FDNY MSOC 2023    

**FDNY MSOC takes place over four days** and consists of workshops, lectures, panel discussions, hands-on skills scenarios and a vendor showcase with the latest ...

1 page

FDNY Foundation
https://www.fdnyfoundation.org › News

## 11th Annual FDNY Search & Rescue Field Medicine ...

Nov 9, 2023 — **FDNY SRFM Symposium** is the conference that military, federal, state and local medical responders attend to share their experiences, best practices and ideas.

Fire Law Blog
https://www.firelawblog.com › 2024/04/16 › fdny-prev...

## FDNY Prevails in Trademark Case With Medic

Apr 16, 2024 — He called his gatherings "Medical Special Operations Conferences," sometimes using the acronym "**MSOC**." In 2011 and 2012, Henriquez and his ...

Facebook · FDNY Pro
16.4K+ followers

## FDNY Pro

The #FDNY and FDNY Foundation would like to announce that the **FDNY Medical Special Operations Conference (FDNY MSOC**) has been renamed as the FDNY Special ...

Local 2507
https://local2507.com › Events

## FDNY MSOC Registration is NOW OPEN

HomeEvents**FDNY MSOC Registration is NOW OPEN**. FDNY MSOC Registration is NOW OPEN. February 4, 2022 Local 2507 Events, Member Benefits, Member Update ...

## People also search for

| | |
|---|---|
| FDNY **Medical Special Operations Conference** | FDNY **Firezone** |
| FDNY **Pro** | FDNY **Magazine** |
| FDNY **books PDF** | FDNY **Pro Films** |
| FDNY **LMS** | FDNY **Uniform store** |



1  2  3  4  5  6  7  8  9  10        Next

Results are not personalized

● **New Jersey** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

medical special operations conference

All Images News Videos Shopping Short videos Forums More Tools

2022 This month 2021 FDNY Medical

Medical Special Operations Community
https://medspecops.org › Conference

## Medical Special Operations Conference

We are excited to announce that the MSOC at the NUSAR 2025 will take place in Orlando, Florida, once again, from **November 10-12, 2025**. We hope to see you there ...

Special Operations Medical Association
https://specialoperationsmedicine.org › soma-2025

## SOMA 2025

The 2025 Scientific Assembly is ON! · We look forward to welcoming you **May 5-9, 2025**, Raleigh Convention Center in Raleigh, North Carolina USA, for the SOMA 2025 ...

SOMA 2025 Registration... SOMA 2025 Hotel Information

Special Operations Medical Association
https://specialoperationsmedicine.org

## Special Operations Medical Association: SOMA

It is the **largest gathering of SOF medical providers in the world** that includes U.S. military, foreign military, domestic tactical law enforcement, and tactical ...

SOMA 2025 Membership Events SOMA 2025 Registration...

Hill International
https://www.hillintl.com › events › 2024-national-usr-an...

## 2024 National US&R and Medical Special Operations ...

National US&R and Medical Special Operations Conference **November 11-13, 2024**. Orlando, FL Hill is attending and speaking. For more information, click here.

FDNY Pro
https://www.fdnypro.org › srfm

## FDNY Search & Rescue Field Medicine Symposium

Medical Special Operations Community
https://medspecops.org › Events

National US&R and Medical Special Operations ...

From formal educational sessions to hands-on training and invaluable networking opportunities, it's an event not to be missed. **NOVEMBER 11 – 13, 2024** in ORLANDO ...
$399.00


National Association For Search And Rescue
https://nasar.org › events › EventDetails

National Urban Search & Rescue and Medical Special ...

The conference theme, "Innovation, Collaboration, and Resilience in **Urban Search & Rescue and Medical Special Operations**," sets the stage for engaging ...


Special Operations Medical Association
https://specialoperationsmedicine.org › soma-2024-exhib...

SOMA 2024 Exhibitors

**The Special Operations Medical Association (SOMA)** is the only medical association in the world that brings together the unique blend of pre-hospital, tactical, ...


Sterling Volunteer Rescue Squad
https://sterlingrescue.org › News

Medical Special Operations Conference (NYFD)

For the past seven years, the MSOC has been **an event where military, federal, state, and local medical responders can share their experiences**, best practices, ...


Facebook · Northwell Health Emergency Medicine
3 reactions · 11 months ago

Medical Special Operations Conference | The Medical Special ...




**The Medical Special Operations Conference was a phenomenal success**! Physicians, PA's, and NP's from LIJ and NSUH enjoyed insightful lectures ...

People also ask

Where is the Soma Conference 2025?  



What is the Soma military?

Feedback

## People also search for

- Medical special operations conference **2022**
- **SOMA** special operations medical **Association**
- **FDNY** Medical Special Operations Conference
- **Tactical** medical conference
- Medical special operations conference **2021**
- **SOMA** conference
- Special operations Medical **Association** conference **2025**
- **Soma** conference **cost**

1 2 3 4 5 6 7 8 9 10 Next

Results are not personalized

**New Jersey** - From your IP address - Update location

Help Send feedback Privacy Terms

# Google Search Results

# Part 2 - April 8, 2025 Search Results

fdny medical special operations conferenc

All Images News Videos Short videos Forums Shopping More Tools

FDNY Pro
https://www.fdnypro.org › srfm

FDNY Search & Rescue Field Medicine Symposium

**April 24 - 27, 2025**. The FDNY and the FDNY Foundation are proud to invite all first responders to the 12th Annual FDNY Search & Rescue Field Medicine Symposium ...

Eventbrite
https://www.eventbrite.com › ... › #ems_training

FDNY Search & Rescue Field Medicine Symposium (2025)

The **FDNY SRFM Symposium** takes place over four days with workshops, lectures, panel discussions, hands-on skills scenarios, and a vendor showcase.

nycremsco.org
https://nycremsco.org › fdny-search-rescue-field-medicin...

FDNY Search & Rescue Field Medicine Symposium April 24 ...

Feb 4, 2025 — The **FDNY SRFM Symposium** brings together military, federal, state, and local medical responders to share their experiences and best practices.
Missing: ~~special~~ ~~conference~~

Instagram · fdnyfoundation
8 likes · 1 month ago

The FDNY SRFM Symposium is the can't miss medical ...

Come join fellow first responders from around the globe at the world-renowned FDNY Fire Academy on **April 24-27, 2025**. FDNY SRFM Symposium ...

Facebook · FDNY Foundation
8 reactions

The FDNY SRFM Symposium is the can't miss medical ...

The FDNY SRFM Symposium is the can't miss medical conference for ALL First Responders. Come ... **FDNY SRFM Symposium takes place April 24-27, 2025** at the FDNY Fire ...



FDNY Foundation
https://www.fdnyfoundation.org › News

## 12th Annual FDNY Search & Rescue Field Medicine ...

Nov 12, 2024 — **FDNY SRFM Symposium** is the conference that military, federal, state and local medical responders attend to share their experiences, best practices and ideas.

Missing: ~~special operations~~

Local 2507
https://local2507.com › Events

## 8th Annual FDNY Medical Special Operations Conference

**MSOC takes place over four days** and consists of workshops, lectures, panel discussions, hands-on skills scenarios, and a vendor showcase with the latest ...

FDNY Foundation
https://www.fdnyfoundation.org › News

## FDNY SRFM Symposium - Meet our Speakers

Mar 19, 2025 — Meet some of our speakers who will be presenting at the FDNY SRFM Symposium which will be taking place **April 24-27 at the FDNY Fire Academy**.

Missing: ~~conference~~ | Show results with: conference

nycremsco.org
https://nycremsco.org › 11th-annual-fdny-search-rescue-...

## FDNY Search & Rescue Field Medicine Symposium May 2 ...

Jan 9, 2024 — **FDNY SRFM** is a conference that brings military, federal, state, and local medical responders together to share their experiences, best practices, and ideas.

Missing: ~~special~~ | Show results with: special

Local 2507
https://local2507.com › Events

## 10th Annual FDNY Medical Special Operations Conference

[ March 11, 2025 ] FDNY Local 2507 50th Anniversary Gala Events · [ March 11 ... **10th Annual FDNY Medical Special Operations Conference**. January 26, 2023 ...

## People also search for

**Msoc** FDNY 2025

**Paramedic conferences** 2025

FDNY **msoc**

**AMTC** 2025

4/8/25, 8:43 PM Case 1:22-cv-03190-KAM-PK Document 119-6 Filed 04/26/25 Page 14 of 20 PageID #: 3281
fdny medical special operations conference 2025 - Google Search

**Fire Rescue** Conference 2025

FDNY **pro Magazine**

**JEMS** conference 2025

FDNY **Firezone**

1 2 3 4 5 6 7 8 9 Next

Results are not personalized

**Lower Manhattan, New York, NY** - From your IP address - Update location

Help Send feedback Privacy Terms

https://www.google.com/search?q=fdny+medical+special+operations+conference+2025&rlz=1C5CHFA_enUS928US928&oq=fdny+medical+special+operations+co… 3/3






FDNY Pro
https://www.fdnypro.org › srfm

## FDNY Search & Rescue Field Medicine Symposium

The **FDNY SRFM Symposium** brings together military, federal, state, and local medical responders to share their experiences and best practices.

10Times
https://10times.com › fdny-msoc

## FDNY MSOC (May 2024), Medical Special Operations ...

Through our podcast, magazines and other tools, **engage with FDNY members on our Pro page**, which offers ways for first responders and Departments to Train With ...

Eventbrite
https://www.eventbrite.com › ... › #ems_training

## FDNY Search & Rescue Field Medicine Symposium (2025)

The **FDNY SRFM Symposium** takes place over four days with workshops, lectures, panel discussions, hands-on skills scenarios, and a vendor showcase.

FDNY Foundation
https://www.fdnyfoundation.org › category › msoc

## MSOC Archives

**The FDNY Foundation is the official non-profit organization of the New York City Fire Department**. Your support directly assists the men and women of the FDNY To ...

Firefighter Close Calls
https://www.firefighterclosecalls.com › you-are-invited-...

## 10th FDNY MSOC Conference-Rescue/EMS (The Secret List)

Feb 22, 2025 — **FDNY MSOC** is the conference that military, federal, state, and local rescue and emergency medical responders attend to share their experiences, ...

UB|MD EMS
https://ubmdems.com › 2023-MSOC-Flyer-FINAL

## FDNY MSOC 2023   

**FDNY MSOC takes place over four days** and consists of workshops, lectures, panel discussions, hands-on skills scenarios and a vendor showcase with the latest ...

1 page

Facebook · FDNY Pro
16.4K+ followers

## FDNY Pro

The #FDNY and FDNY Foundation would like to announce that the **FDNY Medical Special Operations Conference** (**FDNY MSOC**) has been renamed as the FDNY Special ...

## People also ask

What is the most elite FDNY unit?

What is the top pay for FDNY paramedics?

What does 5 5 5 5 mean in FDNY?

Does FDNY still have the Super Pumper?

Feedback

FDNY Pro
https://www.fdnypro.org › author › fdny-msoc-team

## FDNY MSOC Team

**The FDNY Foundation is the official non-profit organization of the New York City Fire Department**. Your support directly assists the men and women of the FDNY To ...

FDNY Foundation
https://www.fdnyfoundation.org › News

## 11th Annual FDNY Search & Rescue Field Medicine ...

Nov 9, 2023 — **FDNY SRFM Symposium** is the conference that military, federal, state and local medical responders attend to share their experiences, best practices and ideas.

Local 2507
https://local2507.com › Events

## 8th Annual FDNY Medical Special Operations Conference

**MSOC takes place over four days** and consists of workshops, lectures, panel discussions, hands-on skills scenarios, and a vendor showcase with the latest ...

## People also search for







Msoc FDNY **2025**

FDNY **books pdf**

FDNY **Medical Special Operations Conference**

FDNY **Firezone**

FDNY **pro Magazine**

FDNY **shop**

FDNY **LMS**

FDNY **Insider**

1 2 3 4 5 6 7 8 9 Next

Results are not personalized

**Lower Manhattan, New York, NY** - From your IP address - Update location

Help Send feedback Privacy Terms



medical special operations conference
All
Images
News
Videos
Shopping
Short videos
Forums
More
Tools

Medical Special Operations Community
https://medspecops.org › Conference

## Medical Special Operations Conference

We are excited to announce that the MSOC 2025 will take place in Orlando, Florida, once again, from **November 10-12, 2025**. We hope to see you there as we ...

Special Operations Medical Association
https://specialoperationsmedicine.org › soma-2025

## SOMA 2025

The 2025 Scientific Assembly is ON! · We look forward to welcoming you **May 5-9, 2025**, Raleigh Convention Center in Raleigh, North Carolina USA, for the SOMA 2025 ...

SOMA 2025 Registration...
SOMA 2025 Hotel Information

FDNY Pro
https://www.fdnypro.org › srfm

## FDNY Search & Rescue Field Medicine Symposium

The **FDNY SRFM Symposium** brings together military, federal, state, and local medical responders to share their experiences and best practices.

Hill International
https://www.hillintl.com › events › 2024-national-usr-an...

## 2024 National US&R and Medical Special Operations ...

National US&R and Medical Special Operations Conference **November 11-13, 2024**. Orlando, FL Hill is attending and speaking. For more information, click here.

Special Operations Medical Association
https://specialoperationsmedicine.org

## Special Operations Medical Association: SOMA

It is the **largest gathering of SOF medical providers in the world** that includes U.S. military, foreign military, domestic tactical law enforcement, and tactical ...

SOMA 2025 | Membership | Events | SOMA 2025 Registration...

Medical Special Operations Community
https://medspecops.org › Events

## National US&R and Medical Special Operations ...

From formal educational sessions to hands-on training and invaluable networking opportunities, it's an event not to be missed. **NOVEMBER 11 – 13, 2024** in ORLANDO ...
$399.00

Sterling Volunteer Rescue Squad
https://sterlingrescue.org › News

## Medical Special Operations Conference (NYFD)

For the past seven years, the MSOC has been **an event where military, federal, state, and local medical responders can share their experiences**, best practices, ...

National Association For Search And Rescue
https://nasar.org › events › EventDetails

## National Urban Search & Rescue and Medical Special ...

The conference theme, "Innovation, Collaboration, and Resilience in **Urban Search & Rescue and Medical Special Operations**," sets the stage for engaging ...

Special Operations Medical Association
https://specialoperationsmedicine.org › soma-2024-exhib...

## SOMA 2024 Exhibitors

**The Special Operations Medical Association** (**SOMA**) is the only medical association in the world that brings together the unique blend of pre-hospital, tactical, ...

Local 2507
https://local2507.com › Events

## 10th Annual FDNY Medical Special Operations Conference

10th Annual FDNY Medical Special Operations Conference · **May 4 – 7, 2023** · Thanks for signing up! · Sign up for Member Updates! Never miss Member Updates and ...

## People also search for

- **FDNY** Medical Special Operations Conference
- **SOMA** conference **2024**
- Medical special operations conference **2022**
- Special Operations Medical **Association** conference **2024 venue**
- Special Operations Medical **Association** conference **2025**
- **FDNY MSOC 2025**
- Medical special operations conference **2021**
- **Soma** conference **cost**

4/8/25, 1:57 PM Case 1:22-cv-03190-KAM-PK Document 119-6 Filed 04/26/25 Page 20 of 20 PageID #: 3287 medical special operations conference - Google Search

Gooooooooooogle >

1 2 3 4 5 6 7 8 9 10 Next

Results are not personalized

**Lower Manhattan, New York, NY** - From your IP address - Update location

Help Send feedback Privacy Terms

https://www.google.com/search?q=medical+special+operations+conference&rlz=1C5CHFA_enUS928US928&oq=medical+special+operations+confer&gs_lcrp=EgZ… 3/3