UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
CITY OF NEW YORK, by and through the :  ECF CASE
FDNY, and the FDNY FOUNDATION, INC., :  22-cv-03190-KAM-PK
                                     :
                     Plaintiffs,     :
        v.                           :
                                     :  **NOTICE OF MOTION**
JUAN HENRIQUEZ,                      :  **TO DISMISS FIRST**
                                     :  **AMENDED**
                     Defendant.      :  **COUNTERCLAIMS**
                                     :
----------------------------------------------------------------- X
JUAN HENRIQUEZ,                      :
            Counterclaim Plaintiff,  :
        v.                           :
                                     :
CITY OF NEW YORK, by and through the :
FDNY, the FDNY FOUNDATION, INC., and :
GERALD SINGLETON,                    :
            Counterclaim Defendants. :
                                     :
----------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, and upon all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable Kiyo A. Matsumoto, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York, 11201, Room S905, at a date and time to be fixed by the Court, for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         May 14, 2025

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York
Attorney for Plaintiffs/Counterclaim Defendants

By: /s/ Gerald E. Singleton
Gerald E. Singleton
Assistant Corporation Counsel
100 Church Street, Room 20-093
New York, New York 10007
Tel (212) 356-2036
Fax: (212) 356-2038
Cell: (917) 734-7906; (646) 830-1066
gsinglet@law.nyc.gov