Case Name: **City of New York v. Henriquez**   Case Number: **22** CV - **3190** ( **KAM** ) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | 8/19/22 | | 8/1/25 (supplemental) |
| 2. Rule 26(a)(1) disclosures exchanged | 8/19/22 | | 8/1/25 (supplemental) |
| 3. Requested: | | | |
|    a. Medical records authorization | | n/a | |
|    b. Section 160.50 releases for arrest records | | n/a | |
|    c. Identification of John Doe/Jane Doe defendants | | n/a | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | 8/1/25 |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | | 8/8/25 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | n/a | |
| 2. Defendant to make settlement offer | | n/a | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | n/a | |
| 4. Settlement Conference (proposed date) | | | n/a (held on 10/26/22) |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 10/1/25 |
| 2. Initial documents requests and interrogatories | | | 8/22/25 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 1/23/26** |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 1/30/26 |

**The parties respectfully request 6 months to complete fact discovery given the volume of potentially discoverable materials, the extended time period relevant to this lawsuit (i.e., going back to 2011), and the need to resolve discovery issues -- including substantial privilege issues -- that are likely to be contested.

Rev. 11-03-20

| | | | | |
|---|---|---|---|---|
| 5. Expert discovery (only if needed) | | | *Check here if not applicable* ☒ | |
| Plaintiff expert proposed field(s) of expertise: | | | | |
| Defendant expert proposed field(s) of expertise: | Trademark Polaroid factors, trademark damages/valuation | | | |
| | **DONE** | **NOT APPLICABLE** | **DATE** | |
| a. Affirmative expert reports due | | | 2/9/26 | |
| b. Rebuttal expert reports due | | | 2/27/26 | |
| c. Depositions of experts to be completed | | | 3/23/26 | |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | 3/23/26 | |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 3/30/26 | |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 4/13/26 | |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 4/24/26 | |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☒ No |

### E. *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | |
|---|---|---|
| 1. Motion for collective action certification in FLSA cases | n/a | |
| a. Response due | n/a | |
| b. Reply due | n/a | |
| 2. Motion for Rule 23 class certification | n/a | |
| a. Response due | n/a | |
| b. Reply due | n/a | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                                July 16, 2025
**PEGGY KUO**                                              _____
United States Magistrate Judge                             **Date**

Rev. 11-03-20

** Joint status report due November 14, 2025 reporting on the progress of discovery