

**FLETCHER LAW, PLLC**
**234 Fifth Avenue, 2nd Floor • New York, NY 10001**
**T: (212) 320-8945 • F: (347) 983-0046**
**www.fletcherlaw.co**

**Jordan Fletcher, Principal**

December 12, 2025

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 11C South
Brooklyn, NY 11201
Kuo_Chambers@nyed.uscourts.gov

> Re:    *City of New York, et al. v. Henriquez,* 22 Civ. 3190-KAM-PK (EDNY)
>         **Joint Status Letter**

Dear Judge Kuo,

This firm represents defendant Juan Henriquez in the referenced action. Further to the Court's Order of November 11, 2025, I write jointly and with the consent of counsel for plaintiffs FDNY and FDNY Foundation, Inc. to inform that Court that the parties continue to move towards finalizing a settlement agreement. While a few issues remain outstanding, the parties are hopeful that we can conclude the process in the coming weeks.

We propose to provide another update the Court on January 6, 2026, if a stipulation of dismissal is not filed before then.

Respectfully submitted,

Jordan Fletcher