**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF NEW YORK, by and through the FDNY, and the FDNY FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JUAN HENRIQUEZ, <br><br> Defendant. <br><br> JUAN HENRIQUEZ, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> CITY OF NEW YORK, by and through the FDNY, and the FDNY FOUNDATION, INC., and GERALD SINGLETON, <br><br> Counterclaim Defendants. | Case No. 22 Civ. 3190 <br><br><br><br><br><br><br><br><br><br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) and (c)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that all claims and counterclaims asserted in this action by and against all parties are hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Civil Procedure 41(c). Each party shall bear their own fees and costs associated with this action.

**STEVEN BANKS**
Corporation Counsel of the City of New York

Gavin Mackie
100 Church Street, Room 20-093
New York, NY 10007
(212) 356-2036
gmackie@law.nyc.gov
*Attorneys for Plaintiff/Counterclaim-*
*Defendants*

**FLETCHER LAW, PLLC**

Jordan Fletcher
234 Fifth Avenue, 2nd Floor
New York, NY 10001
(212) 320-8945
jordan@fletcherlaw.co
*Attorneys for Defendant/Counterclaim*
*Plaintiff*